GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
Attorney for Defendant
By: ALLISON M. ROVNER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.: 212.637.2691
Fax: 212.637.2750
Email: allison.rovner@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>             Plaintiff, <br><br>    v. <br><br> ROBERTA M. CHIASCIONE, <br><br>             Defendant. | **COMPLAINT** <br><br> 19 Civ. 3797 |

Plaintiff United States of America (the "United States"), by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, alleges upon information and belief that:

1.      Jurisdiction is conferred on this Court pursuant to 28 U.S.C. § 1345.

2.      Defendant Roberta M. Chiascione ("Defendant") resides at 55 Hughes Terrace, Yonkers, New York 10701, within the Southern District of New York.

3.      Defendant applied for and received five Health Education Assistance Loans ("HEAL"), *see* 42 U.S.C. § 292 *et seq.*, from the lender whose name is set out in the promissory notes Defendant executed evidencing the loans, copies of which are annexed hereto as Exhibit A and incorporated herein.

4.    Defendant defaulted on said notes.

5.    The lender filed an insurance claim with the United States for the amount of the lender's loss arising from Defendant's default on said notes. The United States paid the lender's claim.

6.    The United States is the assignee and present holder of the promissory notes.

7.    The United States made numerous demands on Defendant for payment of the indebtedness.

8.    To date, Defendant has not made any payments to the United States or entered into an acceptable repayment agreement.

9.    The amount due and owing the United States by Defendant on said notes as of February 5, 2019, is $145,972.96 (principal in the amount of $142,311.84, plus interest in the amount of $3,661.12), with interest accruing at a rate of 5.5 percent per annum and $21.44 per day. A Certificate of Indebtedness from the Department of Health & Human Services is annexed hereto as Exhibit B and incorporated herein.

WHEREFORE, the United States demands judgment against Plaintiff in the amount of $145,972.96 plus interest as provided by law to the date of judgment and interest from the date of judgment at the legal rate until paid in full, together with costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
April 29, 2019

GEOFFREY S. BERMAN
United States Attorney for the
Southern District of New York
Attorney for Plaintiff

By:  _____

ALLISON M. ROVNER
Assistant United States Attorney
86 Chambers Street, 3rd floor
New York, New York 10007
Telephone: (212) 637-2691
Fax: (212) 637-2750
Email:  allison.rovner@usdoj.gov

*Loan # 1   1702*

U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
HEALTH SERVICES ADMINISTRATION

**HEALTH EDUCATION ASSISTANCE LOAN PROGRAM**
(42 U.S.C. 294-294t)

## *PROMISSORY NOTE*

### (VARIABLE RATE)

When you receive the loan disbursement check for endorsement, you will be provided notice of the amount financed (the loan amount less the insurance premium), the pre-paid finance charge (the insurance premium), and the annual percentage rate (APR) for the initial quarter. You are not contractually obligated on the loan if the disbursement check is not endorsed.

### PROMISE TO PAY

I, Roberta M. Chiascione                , the borrower, promise to pay to **First American Bank, N.A.,** Washington, D.C. (the lender),
Name of borrower
or the subsequent holder of this Note, the principal sum of 10,000.00 to the extent it is advanced to me, to pay interest on the principal
Principal sum
sum as set out below and to pay authorized late charges, all reasonable attorney's fees, and other costs and charges that are permitted by Federal
regulations and are necessary for the collection of any amount not paid when due.

**The lender and I further understand and agree that:**

**INTEREST**

1. Beginning on the day the loan is disbursed and ending when the repayment period commences, interest shall accrue. Payment of the interest accruing before the beginning of the repayment period may be postponed until the date upon which repayment of principal is required to begin or to resume, interest which has accrued and is not paid may be added to the principal sum of this Note not more frequently than every six (6) months. Beginning when the repayment period commences, interest shall accrue and be paid as set forth in the Repayment Schedule which the lender shall establish and provide to me.

2. Interest shall accrue and be payable at an **ANNUAL PERCENTAGE RATE** which is equal to a variable rate which is calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus 3.5 percent, rounding this figure up to the nearest 1/8 of 1 percent.

3. Any change in the **ANNUAL PERCENTAGE RATE** will affect the payment amounts, the number of payments, or the amount due at maturity.

**INSURANCE PREMIUM**

I agree to pay the lender, in addition to interest and principal due, an amount equal to the premium that the lender is required to pay to the Secretary in order to provide insurance coverage on this Note. Payment of an insurance premium calculated in accordance with instructions issued by the Secretary shall be due and payable immediately and may be taken by the lender from the loan proceeds.

**REPAYMENT**

1. Repayment shall be made in periodic installments over a repayment period which starts the first day of the tenth month after the month in which I cease to be a full-time student at a HEAL school. However, if I become an intern or resident in an accredited program before that date, then the repayment period begins the first day of the tenth month after the month in which I cease to be an intern or resident.

2. The repayment period shall not be less than 10 years nor more than 25 years. In no event, however, shall the repayment period extend to a date that is more than 33 years from the date on which I signed this Promissory Note. Any period described under DEFERMENT shall not be included in determining the 10, 25, or 33 year periods.

3. The terms and conditions of repayment shall be set forth in a separate Repayment Schedule which the lender shall establish and shall provide me prior to the beginning of the repayment period.

4. I shall make a minimum annual repayment of at least $600 or an amount equal to the annual interest on the unpaid principal balance, whichever is greater, if I have other outstanding HEAL loans.

**GENERAL**

The terms of this Note shall be construed according to the Law (42 U.S.C. 294-294t) and the Federal regulation (42 CFR Part 60) governing the administration of the Health Education Assistance Loan (HEAL) Program, copies of which are on file with the holder of this Note.

I shall promptly notify the lender or any other holder of this Note in writing, of any change of name, address, school enrollment status or any other event described in paragraph 3 of the Borrower's Responsibilities as found on the reverse side of this Note.

I agree that all proceeds from this loan will be used solely for tuition and other reasonable educational and living expenses, including room and board, fees, books, supplies and equipment, laboratory expenses, transportation and commuting costs, personal expenses, the HEAL insurance premium and interest on HEAL loans.

I have read and understand the Statement of Rights and Responsibilities printed on the reverse side of this Note.

loans, the sum of all payments to all holders of my HEAL loans shall not be less than $600 or an amount equal to the consolidated interest on the unpaid principal balances, whichever is greater. However, the $600 rule does not apply if it would result in my repaying a HEAL loan in fewer than 10 years.

**PREPAYMENT**

I may, at my option and without penalty, prepay all or any part of this loan (principal or accrued interest) at any time. In the event of such prepayment, I shall be entitled to a rebate of unearned interest computed by [ ] the Sum of the Digits Formula (Rule of 78ths), or [ ] other (identify)_____(Not to be completed if simple interest is computed on a daily basis).

**DEFERMENT**

Periodic installments of principal and interest need not be paid, but interest shall accrue:

1. When I am carrying a full-time course of study at a HEAL school or at an institution of higher education participating in the Guaranteed Student Loan Program; and

2. Not in excess of three years for each of the following when I am:
   A. A member of the Armed Forces of the United States;
   B. In service as a volunteer under the Peace Corps Act;
   C. In service as a full-time volunteer under Title I of the Domestic Volunteer Service Act of 1973; and
   D. a member of the National Health Service Corps.

3. Not in excess of four years when I am a participant in an accredited internship or residency program.

**LATE CHARGES**

I may be assessed a late charge of five percent of the installment payment or $5.00, whichever is less, on any payment made later than 10 days after the due date.

**DEATH/DISABILITY**

If I die or become totally and permanently disabled, my unpaid indebtedness on this Note shall be cancelled in accordance with applicable Federal regulations.

**DEFAULT**

In the event of my default on this loan, the entire unpaid loan including interest due and accrued shall, at the option of the holder of this Note, become immediately due and payable.

Roberta M. Chiascione            55 Hughs Terr. Yonkers, N.Y.      Aug. 12, 1982
SIGNATURE OF BORROWER            ADDRESS                            DATE

_____          _____          _____
SIGNATURE OF BORROWER            ADDRESS                            DATE

*NOTICE: This Note shall be executed without security and without endorsement, except that, if the borrower is a minor and this Note would not, under applicable State law, create a binding obligation, the lender may require an endorser also to sign this Note. The lender shall supply a copy of this Note to the borrower.

(WHITE) **SALLIE MAE COPY**   (YELLOW) **SCHOOL COPY**   (PINK) **STUDENT COPY**

## STATEMENT OF BORROWER'S RIGHTS AND RESPONSIBILITIES

**BORROWER'S RIGHTS**

1. The loan check or draft must be made payable to me or if authorized by me — jointly to me and the school. The check or draft must require my endorsement.....

2. The lender must provide me with a copy of the completed promissory note when the loan is made. The lender must return the note to me when the loan is paid in full.

3. If the lender assigns (e.g., sells) the loan and the right to receive payments, I must be sent a clear notification which spells out my obligations to the new holder.

4. I have a right to a 9-month "grace period" before repayment begins after I have completed school attendance (and internship and residency in an accredited program, if started before the first day of the tenth month after I ceased to be a full-time student at a HEAL school).

5. I have a right to prepay the whole or any portion of the loan at any time without a penalty.

6. I have a right to deferment of principal and interest repayments if certain conditions exist. Under deferment, I am not required to make payments on the loan principal or interest for a period of time. The conditions that qualify me for a deferment are listed under DEFER-MENT on the promissory note.

7. The lender will provide me with a repayment schedule before the repayment period begins.

8. My loan obligation will be cancelled in the event of my death or permanent and total disability in accordance with applicable Federal regulations.

9. At the option of the Federal Government, I may apply for a special contract to have my loan fully or partially repaid by serving for at least two years in the National Health Service Corps or in a health manpower shortage area identified by the Secretary of H.H.S. I understand that a contract may be granted depending on the availability of positions in shortage areas and the availability of Federal funds appropriated for this purpose.

10. The lender cannot change the terms of my HEAL loan without my consent.

**BORROWER'S RESPONSIBILITIES**

1. I understand that there is no interest subsidy on a HEAL loan and that I must pay all interest on the loan. If I do not make payments on time or if I default, the total amount to be repaid may be increased by additional interest costs, late charges, attorney's fees, court costs and other collection costs.

2. I understand that the lender may charge me an insurance premium and that I will not be entitled to any refund of this premium.

3. I must immediately notify the lender if any of the following occurs before the loan is repaid:
   a. change of address
   b. name-change (e.g., maiden name to married name)
   c. failure to enroll in a HEAL school for the period for which the loan is intended
   d. transfer to another school
   e. withdrawal from school or attendance on a less than full-time basis
   f. graduation
   g. cessation of participation in an internship/residency program or other eligible deferment status.

4. I must repay the loan in accordance with a repayment schedule. More detailed information about the repayment terms is listed under REPAYMENT on the promissory note.

5. I must notify the lender of any occurrence which may affect my eligibility to receive or to continue to receive a deferment of principal and interest payments.

6. I understand that this loan must be paid. If I do not make payments when due, the lender may declare my loan in default. If I default, the Federal Government will take over my loan and I will then owe the Government. My default may result in court action to force me to pay. Federal law precludes me from discharging this loan in bankruptcy until after the first five years of the repayment period.

7. I understand that I can use the proceeds of my HEAL loan for tuition and other reasonable educational and living expenses.

ALL RIGHT, TITLE AND INTEREST OF THE NOTE
UNDERSIGNED IS HEREBY ASSIGNED,
(WITHOUT WARRANTY, EXCEPT THE NOTE
QUALIFIES FOR INSURANCE)
TO: THE UNITED STATES OF AMERICA

SALLIE MAE INC.
AUTHORIZED SERVICING AGENT FOR
HICA EDUCATION LOAN CORPORATION
BY

## BILL OF SALE AND BLANKET ENDORSEMENT

The undersigned Seller sells and assigns to HICA Education Loan Corporation ("Purchaser") and its successors and assigns all of Seller's rights, title, and insurance interest in the portfolio of Loans described in the attached Final Loan Transmittal Form. This sale is for value received and is in accordance with the terms and conditions of Loan Sale Agreement Dated __November 24, 2003__(the "Agreement").

The Seller, by execution of this instrument, hereby endorses the attached promissory note, which is one of the promissory notes ("the Notes") described in the attached Final Loan Transmittal Form. If the Note is a Master Promissory Note, the undersigned endorses such Master Promissory Note only to the extent it evidences particular loans that are described in such Bill of Sale. This endorsement is in blank, unrestricted form and withou recourse except as provided in the repurchase section of the Master Terms referred to in t applicable Loan Sale Agreement between Seller and Purchaser. If any of the Loans were mad under a Master Promissory Note, this sale excludes an assignment of any right to offer, future loans under such Master Promissory Note.

This endorsement may be effected by attaching either this instrument or a facsimile each or any of the Notes.

**SELLER**
Student Loan Marketing Association
11600 Sallie Mae Drive
Reston VA. 20193

By: Sallie Mae, Inc.,
Authorized Agent

By: _____
(Signature of Authorized
Signatory)

Name: _____
Karen K. Knoche
Manager
Loan Acquisitions and Conversions

Title: _____

OE Number(s)/Branch Code(s):

899986/0000,1000,9800

**PURCHASER**
HICA Education Loan Corporation
3900 West Technology Circle
Suite 7
Sioux Falls, SD 57106

By: _____
(Signature of Authorized
Signatory)

Name: _____
Karen K. Knoche
Manager
Loan Acquisitions and Conversions

Title: _____

Date of Purchase: __11/24/2003__

- 1 -

THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL DOCUM

G. 30/2 100

9. 9. 6

## BLANKET ENDORSEMENT

The undersigned ("Seller"), by execution of this instrument, hereby endorses the attached promissory note which is one of the promissory notes ("the Notes") described in the Bill of Sale executed by Seller in favor of the Student Loan Marketing Association ("Purchaser"). This endorsement is in blank, unrestricted form and without recourse except as provided in paragraph 10 of the Commitment and Loan Sale Agreement for GSL loans dated January 1, 1987 between Seller and Purchaser.

This endorsement may be effected by attaching either this instrument or a facsimile hereof to each or any of the Notes.

First American Bank

-------------------------------------
(Signature of Officer)

Linda T. Freee
Vice President

-------------------------------------
(Title of Officer)

THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL DOCUMENT

# STUDENT APPLICATION FOR A [HEA]LTH EDUCATION ASSISTANCE LOAN

**FOR OE USE ONLY**

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines and imprisonment under the U.S. Criminal Code.

**SECTION I - TO BE COMPLETED BY STUDENT** *IMPORTANT* READ INSTRUCTIONS BEFORE COMPLETING

| | | |
|---|---|---|
| 1. LAST NAME; FIRST NAME, MIDDLE INITIAL<br>CHIASCIONE, Roberta M. | 2. SOCIAL SECURITY NUMBER | 3. BIRTHDAY<br>MONTH/DAY/YEAR |

| | | | | |
|---|---|---|---|---|
| 4. PERMANENT HOME RESIDENCE ADDRESS *(street)*<br>55 Hughes Terrace | CITY<br>Yonkers | STATE<br>N.Y. | ZIP CODE<br>10701 | AREA CODE/TELEPHONE NUMBER<br>914-965-1219 |
| 5. TEMPORARY SCHOOL RESIDENCE ADDRESS *(street)*<br>2201 L St. N.W #415 | CITY<br>Washington | STATE<br>D.C. | ZIP CODE<br>20037 | AREA CODE/TELEPHONE NUMBER<br>202.466-3155 |

| | | | |
|---|---|---|---|
| 6. U.S. CITIZEN OR NATIONAL<br>(1) YES X (2) NO ☐<br>IF NO, GIVE<br>I-94 AUTHORITY | 7. LEGAL STATE RESIDENCE<br>New York<br>8. MAJOR COURSE OF STUDY<br>Medicine | 9. PERIOD OF LOAN<br>MONTH/DAY/YEAR<br>(1) FROM 8/30/84<br>(2) TO 5/24/85 | 10. AMOUNT REQUESTED<br>RMC<br>$7,500<br>$5000 |

11. I, THE BORROWER, CERTIFY THAT THE INFORMATION CONTAINED IN THIS APPLICATION IS TRUE, COMPLETE, AND CORRECT TO THE BEST OF MY KNOWLEDGE I FURTHER CERTIFY THAT THE PROCEEDS OF ANY LOAN MADE AS A RESULT OF THIS APPLICATION WILL BE USED FOR EDUCATIONAL PURPOSES AT THE INSTITUTION NAMED ON THIS FORM. I HEREBY AUTHORIZE THE EDUCATIONAL INSTITUTION TO MAKE REFUNDS DUE ME TO THE LENDING INSTITUTION IN ORDER TO REDUCE MY LOAN OBLIGATIONS. I AGREE THAT THE LOAN CHECK MAY BE MADE JOINTLY PAYABLE TO ME AND MY HEAL SCHOOL.

| SIGNATURE OF APPLICANT<br>Roberta M. Chiascione | DATE<br>1/9/85 |
|---|---|

**STOP - APPLICANT MUST COMPLETE INFORMATION ON P.2 BEFORE APPLICATION CAN BE PROCESSED.**

**SECTION II - TO BE COMPLETED BY THE EDUCATIONAL INSTITUTION** *IMPORTANT* READ INSTRUCTIONS BEFORE COMPLETING

| | | |
|---|---|---|
| 12. NAME OF EDUCATIONAL INSTITUTION<br>George Washington University School of Medicine and Health Sciences<br>ADDRESS<br>2300 Eye Street, N.W. Room 713<br>CITY STATE ZIP CODE<br>Washington, DC 20037<br>AREA CODE/TELEPHONE NUMBER<br>(202) 676-2980 | 13. ENTITY NUMBER<br>1530190584-A1<br>15. ACADEMIC YEAR<br>MONTH/DAY/YEAR<br>(1) 8/30/84<br>(2) TO 5/24/85<br>17. STUDENT I.D. NUMBER<br>487170 | 14. SCHOOL CODE<br>024517<br>16. PERIOD OF LOAN<br>MONTH/DAY/YEAR<br>(1) FROM 8/30/84<br>(2) TO 5/24/85<br>18. ANTICIPATED DATE OF GRADUATION<br>May 1985 |

| | | |
|---|---|---|
| 19. I HEREBY CERTIFY THAT THE ABOVE STUDENT MEETS THE ELIGIBILITY REQUIREMENTS LISTED IN SECTION 60.5 OF THE HEAL REGULATIONS. (42 CFR 60.5) | 20. ESTIMATED COSTS OF EDUCATION FOR LOAN PERIOD<br>TUITION AND FEES $ 17050<br>OTHER $ 11,150<br>TOTAL $ 28,200 | 21. FINANCIAL AID AWARDED FOR LOAN PERIOD<br>EDUCATIONAL LOANS $ 15000<br>SCHOLARSHIPS AND GRANTS $ —<br>OTHER $ —<br>TOTAL $ 15000 |
| SIGNATURE OF AUTHORIZING OFFICIAL | 22. NET COST OF EDUCATION *(Item 20 less Item 21)* $ 13,200 | |
| NAME AND TITLE<br>Sean Sullivan Financial Aid Counselor | DATE<br>January 18, 1985 | |

**SECTION III - TO BE COMPLETED BY THE LENDING INSTITUTION** *IMPORTANT* READ INSTRUCTIONS BEFORE COMPLETING

| | | |
|---|---|---|
| 23. NAME OF LENDING INSTITUTION<br>First American Bank, N.A.<br>ADDRESS<br>740 15th Street, N.W.<br>CITY STATE ZIP CODE<br>Washington, D.C. 20005 | 24. ENTITY NUMBER<br><br>26. AREA CODE/TELEPHONE NUMBER<br>703-385-8502 | 25. LENDER CODE<br>826145<br>27. AMOUNT LENDER APPROVES<br>$ 7,500 |

**STOP - REVIEW TOTAL APPLICATION BEFORE PROCESSING**

| 28. SIGNATURE OF AUTHORIZED LENDING OFFICIAL | PRINT OR TYPE NAME AND TITLE<br>Hilka Metz, Asst. Acc't Rep. | DATE<br>02/13/85 |
|---|---|---|

- 1 -

**(White) — LENDER COPY 1    (Yellow) — HHS COPY 2    (Pink) — SCHOOL COPY 3    (Goldenrod) — STUDENT COPY 4**

DETACH AFTER FILLING OUT

**'LICANT'S BACKGROUND INFORMATIC**
*(This portion must be completed before processing)*

**29. INDICATE NAMES OF PARENTS** *(or guardians)* **OR, IF DECEASED, NEAREST LIVING RELATIVE OTHER THAN SPOUSE OR SPOUSE'S PARENTS**

| NAMES | ADDRESS *(Include number, street, city, State and ZIP code)* | TELEPHONE NO. *(Include area code)* |
|---|---|---|
| | | |

**30. INDICATE NAME OF NEAREST LIVING ADULT RELATIVE OTHER THAN PERSONS LISTED ABOVE. IF THIS IS NOT POSSIBLE, INDICATE THE NAME OF ANOTHER EMPLOYED ADULT WHO KNOWS YOU.**

| NAMES | ADDRESS *(Include number, street, city, State and ZIP code)* | TELEPHONE NO *(Include area code)* |
|---|---|---|
| | | |

**31. LIST ALL INDEBTEDNESS OF $100 OR MORE**

| ALL HEAL STUDENT LOANS NAME OF LENDER | SCHOOL PERIOD BEGINNING | ENDING | DATE OF LOAN | UNPAID BALANCE |
|---|---|---|---|---|
| First American Bank, NA Washington, D.C. | 9/82 | 6/83 | 8/12/82 | $ 10,000— |
| First American Bank, NA Washington D.C. | 9/83 | 1/84 | 9/1/83 | $ 10,000— |
| First American Bank, NA Washington D.C. | 1/84 | 6/84 | 2/21/84 | $ 10,000— |

| OTHER DEBTS AND OTHER EDUCATIONAL LOANS NAME OF LENDER | DATE OF LOAN | UNPAID BALANCE |
|---|---|---|
| NYSHESC – GSL loan – Chemical Bank | 5/1/81 | $ 7500— |
| NYSHESC – GSL loan – Chemical Bank | 10/7/82 | $ 5000— |
| NYSHESC – GSL loan – Chemical Bank | 9/79 | $ 5000— |
| NYSHESC – GSL loan – Chemical Bank | 5/31/84 | $ 5000— |

**ADDITIONAL INFORMATION** *(If necessary)*

- 2 -

U.S. DEPARTMENT
HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
HEALTH SERVICES ADMINISTRATION

**HEALTH EDUCATION ASSISTANCE LOAN PROGRAM**
*(42 U.S.C. 294-294t)*

## PROMISSORY NOTE

(VARIABLE RATE)

When you receive the loan disbursement check for endorsement, you will be provided notice of the amount financed (the loan amount less the insurance premium), the pre-paid finance charge (the insurance premium) and the annual percentage rate (APR) for the initial quarter. You are not contractually obligated on the loan if the disbursement check is not endorsed.

### PROMISE TO PAY

I, __Roberta M. Chiascione_____ , the borrower, promise to pay to **First American Bank, N.A., Washington, D.C.** (the lender),
   Name of borrower

or the subsequent holder of this Note, the principal sum of __$10,000.00__ to the extent it is advanced to me, to pay interest on the principal
                                                      Principal sum

sum as set out below and to pay authorized late charges, all reasonable attorney's fees, and other costs and charges that are permitted by Federal regulations and are necessary for the collection of any amount not paid when due

---

**The lender and I further understand and agree that:**

**INTEREST**

1. Beginning on the day the loan is disbursed and ending when the repayment period commences, interest shall accrue. Payment of the interest accruing before the beginning of the repayment period may be postponed until the date upon which repayment of principal is required to begin or to resume, interest which has accrued and is not paid may be added to the principal sum of the Note not more frequently than every six (6) months. Beginning when the repayment period commences, interest shall accrue and be paid as set forth in the Repayment Schedule which the lender shall establish and provide to me.

2. Interest shall accrue and be payable at an **ANNUAL PERCENTAGE RATE** which is equal to a variable rate which is calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus 3.5 percent, rounding this figure up to the nearest 1/8 of 1 percent

3. Any change in the **ANNUAL PERCENTAGE RATE** will affect the payment amounts, the number of payments, or the amount due at maturity.

**INSURANCE PREMIUM**

I agree to pay the lender, in addition to interest and principal due, an amount equal to the premium that the lender is required to pay to the Secretary in order to provide insurance coverage on this Note. Payment of an insurance premium calculated in accordance with instructions issued by the Secretary shall be due and payable immediately and may be taken by the lender from the loan proceeds.

**REPAYMENT**

1. Repayment shall be made in periodic installments over a repayment period which starts the first day of the tenth month after the month in which I cease to be a full-time student as a HEAL school. However, if I become an intern or resident in an accredited program before that date, then the repayment period begins the first day of the tenth month after the month in which I cease to be an intern or resident.

2. The repayment period shall not be less than 10 years nor more than 25 years. In no event, however, shall the repayment period extend to a date that is more than 33 years from the date on which I signed this Promissory Note. Any period described under DEFERMENT shall not be included in determining the 10, 25, or 33 year periods.

3. The terms and conditions of repayment shall be set forth in a separate Repayment Schedule which the lender shall establish and shall provide me prior to the beginning of the repayment period.

4. I shall make a minimum annual repayment of at least $600 or an amount equal to the annual interest on the unpaid principal balance, whichever is greater. If I have other outstanding HEAL

**GENERAL**

The terms of this Note shall be construed according to the Law (42 U.S.C. 294-294t) and the Federal regulation (42 CFR Part 60) governing the administration of the Health Education Assistance Loan (HEAL) Program, copies of which are on file with the holder of this Note.

I shall promptly notify the lender or any other holder of this Note in writing, of any change of name, address, school enrollment status or any other event described in paragraph 3 of the Borrower's Responsibilities as found on the reverse side of this Note.

I agree that all proceeds from this loan will be used solely for tuition and other reasonable educational and living expenses, including room and board, fees, books, supplies and equipment, laboratory expenses, transportation and commuting costs, personal expenses, the HEAL insurance premium, and interest on HEAL loans.

I have read and understand the Statement of Rights and Responsibilities printed on the reverse side of this form.

loans, the sum of all payments to all holders of my HEAL loans shall not be less than $600 or an amount equal to the consolidated interest on the unpaid principal balances, whichever is greater. However, the $600 rule does not apply if it would result in my repaying a HEAL loan in fewer than 10 years.

**PREPAYMENT**

I may, at my option and without penalty, prepay all or any part of this loan (principal or accrued interest) at any time, in the event of such prepayment, I shall be entitled to a rebate of unearned interest computed by [ ] the Sum of the Digits Formula (Rule of 78ths), or [ ] other identity ___N/A___ (Not to be completed if simple interest is computed on a daily basis)

**DEFERMENT**

Periodic installments of principal and interest need not be paid, but interest shall accrue.

1. When I am carrying a full-time course of study at a HEAL school or at an institution of higher education participating in the Guaranteed Student Loan Program, and

2. Not in excess of three years for each of the following when I am

A. a member of the Armed Forces of the United States,
B. in service as a volunteer under the Peace Corps Act,
C. in service as a full-time volunteer under Title I of the Domestic Volunteer Service Act of 1973, and
D. a member of the National Health Service Corps.

3. Not in excess of four years when I am a participant in an accredited internship or residency program.

**LATE CHARGES**

I may be assessed a late charge of five percent of the installment payment or $5.00, whichever is less, on any payment made later than 10 days after the due date.

**DEATH/DISABILITY**

If I die or become totally and permanently disabled, my unpaid indebtedness on this Note shall be cancelled in accordance with applicable Federal regulations.

**DEFAULT**

In the event of my default on this loan, the entire unpaid loan including interest due and accrued shall, at the option of the holder of this Note, become immediately due and payable.

---

| | | | |
|---|---|---|---|
| *Roberta M. Chiascione* | 2201  L St. N.W. Washington DC | 8/5/83 |
| SIGNATURE OF BORROWER | ADDRESS | DATE |
| *Roberta M. Chiascione* | 2201  L St. N.W. Washington, D.C. | 8/5/83 |
| SIGNATURE OF BORROWER | ADDRESS | DATE |

*NOTICE: This Note shall be executed without security and without endorsement, except that, if the borrower is a minor and this Note would not, under applicable State law, create a binding obligation, the lender may require an endorser also to sign this Note. The lender shall supply a copy of this Note to the borrower.

(NOVEMBER 1982)

(WHITE) **SALLIE MAE COPY**    (YELLOW) **SCHOOL COPY**    (PINK) **STUDENT COPY**

STATEMENT OF BORROW\   RIGHTS AND RESPONSIBILITIES

**BORROWER'S RIGHTS**    0 0 0 2 1 4 7 7 4 0 4

1. The loan check or draft must be made payable to me or if authorized by me — jointly to me and the school. The check or draft must require my endorsement.

2. The lender must provide me with a copy of the completed promissory note when the loan is made. The lender must return the note to me when the loan is paid in full.

3. If the lender assigns (e.g., sells) the loan and the right to receive payments, I must be sent a clear notification which spells out my obligations to the new holder.

4. I have a right to a 9-month "grace period" before repayment begins after I have completed school attendance (and internship and residency) in an accredited program, if started before the first day of the tenth month after I ceased to be a full-time student at a HEAL school.

5. I have a right to prepay the whole or any portion of the loan at any time without a penalty.

6. I have a right to deferment of principal and interest repayments if certain conditions exist. Under deferment, I am not required to make payments on the loan principal or interest for a period of time. The conditions that qualify me for a deferment are listed under DEFERMENT on the promissory note.

7. The lender will provide me with a repayment schedule before the repayment period begins.

8. My loan obligation will be cancelled in the event of my death or permanent and total disability in accordance with applicable Federal regulations.

9. At the option of the Federal Government, I may apply for a special contract to have my loan fully or partially repaid by serving for at least two years in the National Health Service Corps or in a health manpower shortage area identified by the Secretary of H.H.S. I understand that a contract may be granted depending on the availability of positions in shortage areas and the availability of Federal funds appropriated for this purpose.

10. The lender cannot change the terms of my HEAL loan without my consent.

**BORROWER'S RESPONSIBILITIES**

1. I understand that there is no interest subsidy on a HEAL loan and that I must pay all interest on the loan. If I do not make payments on time or if I default, the total amount to be repaid may be increased by additional interest costs, late charges, attorney's fees, court costs and other collection costs.

2. I understand that the lender may charge me an insurance premium and that I will not be entitled to any refund of this premium.

3. I must immediately notify the lender if any of the following occurs before the loan is repaid:
   a. change of address
   b. name change (e.g., maiden name to married name)
   c. failure to enroll in a HEAL school for the period for which the loan is intended
   d. transfer to another school
   e. withdrawal from school or attendance on a less than full-time basis
   f. graduation
   g. cessation of participation in an internship/residency program or other eligible deferment status.

4. I must repay the loan in accordance with a repayment schedule. More detailed information about the repayment terms is listed under REPAYMENT on the promissory note.

5. I must notify the lender of any occurrence which may affect my eligibility to receive or to continue to receive a deferment of principal and interest payments.

6. I understand that this loan must be paid. If I do not make payments when due, the lender may declare my loan in default. If I default, the Federal Government will take over my loan and I will then owe the Government. My default may result in court action to force me to pay. Federal law precludes me from discharging this loan in bankruptcy until after the first five years of the repayment period.

7. I understand that I can only use the proceeds of my HEAL loan for tuition and other reasonable educational and living expenses.

ALL RIGHT, TITLE AND INTEREST IS HEREBY ASSIGNED, EXCEPT THE NOTE
UNDERSIGNED IS HEREBY ASSIGNED, EXCEPT THE NOTE
(WITHOUT WARRANTY, EXCEPT THE NOTE
QUALIFIES FOR INSURANCE)
TO: THE UNITED STATES OF AMERICA

SALLIE MAE INC.
AUTHORIZED SERVICING AGENT FOR
HICA EDUCATION LOAN CORPORATION
BY: _____ 4/23/08

All right, title and interest of the undersigned is hereby assigned (without warranty, except that the note qualifies for insurance) to the United States of America.

By _____ 1-24-90



## BILL OF SALE AND BLANKET ENDORSEMENT

The undersigned Seller sells and assigns to HICA Education Loan Corporation ("Purchaser") and its successors and assigns all of Seller's rights, title, and insurance interest in the portfolio of Loans described in the attached Final Loan Transmittal Form. This sale is for value received and is in accordance with the terms and conditions of Loan Sale Agreement Dated <u>November 24, 2003</u>(the "Agreement").

The Seller, by execution of this instrument, hereby endorses the attached promissory note, which is one of the promissory notes ("the Notes") described in the attached Final Loan Transmittal Form. If the Note is a Master Promissory Note, the undersigned endorses such Master Promissory Note only to the extent it evidences particular loans that are described in such Bill of Sale. This endorsement is in blank, unrestricted form and without recourse except as provided in the repurchase section of the Master Terms referred to in applicable Loan Sale Agreement between Seller and Purchaser. If any of the Loans were made under a Master Promissory Note, this sale excludes an assignment of any right to offer, future loans under such Master Promissory Note.

This endorsement may be effected by attaching either this instrument or a facsimile each or any of the Notes.

**SELLER**
Student Loan Marketing Association
11600 Sallie Mae Drive
Reston VA, 20193

By: Sallie Mae, Inc.,
Authorized Agent

By: _____
(Signature of Authorized
Signatory)

Name: _____
Karen K. Knoche
Manager
Loan Acquisitions and Conversions

Title: _____

OE Number(s)/Branch Code(s):

899986/0000,1000,9800

**PURCHASER**
HICA Education Loan Corporation
3900 West Technology Circle
Suite 7
Sioux Falls, SD 57106

By: _____
(Signature of Authorized
Signatory)

Name: _____
Karen K. Knoche
Manager
Loan Acquisitions and Conversions

Title: _____

Date of Purchase: 11/24/2003

— 1 —

THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL DOCUM

G. 30/2 100

9.   8.   6

### BLANKET ENDORSEMENT

The undersigned ("Seller"), by execution of this instrument, hereby endorses the attached promissory note which is one of the promissory notes ("the Notes") described in the Bill of Sale executed by Seller in favor of the Student Loan Marketing Association ("Purchaser"). This endorsement is in blank, unrestricted form and without recourse except as provided in paragraph 10 of the Commitment and Loan Sale Agreement for GSL loans dated January 1, 1987 between Seller and Purchaser.

This endorsement may be effected by attaching either this instrument or a facsimile hereof to each or any of the Notes.

First American Bank

------------------------------------
(Signature of Officer)

Linda T. Frece
Vice President
------------------------------------
(Title of Officer)

THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL DOCUMENT

| STUDENT APPLICATION FOR A _____TH EDUCATION ASSISTANCE LOAN | FOR OE USE ONLY |
|---|---|

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines and imprisonment under the U.S. Criminal Code.

**SECTION I - TO BE COMPLETED BY STUDENT** *IMPORTANT* READ INSTRUCTIONS BEFORE COMPLETING

| 1. LAST NAME; FIRST NAME, MIDDLE INITIAL | 2. SOCIAL SECURITY NUMBER | 3. BIRTHDAY MONTH/DAY/YEAR |
|---|---|---|
| CHIASCIONE Roberta M. | ▓▓▓▓▓ | ▓▓▓▓▓ |

| 4. PERMANENT HOME RESIDENCE ADDRESS (street) | CITY | STATE | ZIP CODE | AREA CODE/TELEPHONE NUMBER |
|---|---|---|---|---|
| 55 Hughes Terrace | Yonkers, | N.Y. | 10701 | 914-965-1219 |

| 5. TEMPORARY SCHOOL RESIDENCE ADDRESS (street) | CITY | STATE | ZIP CODE | AREA CODE/TELEPHONE NUMBER |
|---|---|---|---|---|
| 2201 L St. N.W. #415 | Washington, D.C. | | 20037 | 202-466-3155 |

| 6. U.S. CITIZEN OR NATIONAL (1) YES ☒ (2) NO ☐ IF NO, GIVE I-94 AUTHORITY | 7. LEGAL STATE RESIDENCE New York 8. MAJOR COURSE OF STUDY Medicine | 9. PERIOD OF LOAN MONTH/DAY/YEAR (1) FROM 9 1 83 (2) TO 6 22 84 | 10. AMOUNT REQUESTED 10,000 $ |
|---|---|---|---|

11. I, THE BORROWER, CERTIFY THAT THE INFORMATION CONTAINED IN THIS APPLICATION IS TRUE, COMPLETE, AND CORRECT TO THE BEST OF MY KNOWLEDGE I FURTHER CERTIFY THAT THE PROCEEDS OF ANY LOAN MADE AS A RESULT OF THIS APPLICATION WILL BE USED FOR EDUCATIONAL PURPOSES AT THE INSTITUTION NAMED ON THIS FORM. I HEREBY AUTHORIZE THE EDUCATIONAL INSTITUTION TO MAKE REFUNDS DUE ME TO THE LENDING INSTITUTION IN ORDER TO REDUCE MY LOAN OBLIGATIONS. I AGREE THAT THE LOAN CHECK MAY BE MADE JOINTLY PAYABLE TO ME AND MY HEAL SCHOOL.

| SIGNATURE OF APPLICANT Roberta M. Chiascione | DATE 7/11/83 |
|---|---|

**STOP - APPLICANT MUST COMPLETE INFORMATION ON P.2 BEFORE APPLICATION CAN BE PROCESSED.**

**SECTION II - TO BE COMPLETED BY THE EDUCATIONAL INSTITUTION** *IMPORTANT* READ INSTRUCTIONS BEFORE COMPLETING

| 12. NAME OF EDUCATIONAL INSTITUTION George Washington University School of Medicine & Health Sciences | 13. ENTITY NUMBER 1-530196584-A1 | 14. SCHOOL CODE 024517 |
|---|---|---|

| ADDRESS 2300 Eye St. N.W. #713 | 15. ACADEMIC YEAR MONTH/DAY/YEAR (1) FROM 7 15 83 (2) TO 6 22 84 | 16. PERIOD OF LOAN MONTH/DAY/YEAR (1) FROM 9 1 83 (2) TO 6 22 84 |
|---|---|---|

| CITY STATE ZIP CODE Washington D.C. 20037 | 17. STUDENT I.D. NUMBER 487176 | 18. ANTICIPATED DATE OF GRADUATION 5/85 |
|---|---|---|
| AREA CODE/TELEPHONE NUMBER 202/676-2960 | | |

| 19. I HEREBY CERTIFY THAT THE ABOVE STUDENT MEETS THE ELIGIBILITY REQUIREMENTS LISTED IN SECTION 60.5 OF THE HEAL REGULATIONS. (42 CFR 60.5) | 20. ESTIMATED COSTS OF EDUCATION FOR LOAN PERIOD | 21. FINANCIAL AID AWARDED FOR LOAN PERIOD |
|---|---|---|
| | TUITION AND FEES $ 17,150 | EDUCATIONAL LOANS $ 5,000 |
| | OTHER $ 10,500 | SCHOLARSHIPS AND GRANTS $ _____ |
| | | OTHER $ _____ |
| | TOTAL $ 27,650 | TOTAL $ 5,000 |

| | 22. NET COST OF EDUCATION (Item 20 less Item 21) $ 22,650 |
|---|---|

| SIGNATURE OF AUTHORIZING OFFICIAL Melissa Fouchard | NAME AND TITLE Melissa Fouchard Financial Aid Counselor | DATE 7-19-83 |
|---|---|---|

**SECTION III - TO BE COMPLETED BY THE LENDING INSTITUTION** *IMPORTANT* READ INSTRUCTIONS BEFORE COMPLETING

| 23. NAME OF LENDING INSTITUTION First American Bank, N.A. | 24. ENTITY NUMBER | 25. LENDER CODE 826145 |
|---|---|---|
| ADDRESS 740 15th Street, N.W. | | |
| CITY Washington, D.C. 20005 ZIP CODE | 26. AREA CODE/TELEPHONE NUMBER 703-385-4777 | 27. AMOUNT LENDER APPROVES $ 10,000. |

**STOP - REVIEW TOTAL APPLICATION BEFORE PROCESSING**

| 28. SIGNATURE OF AUTHORIZED LENDING OFFICIAL Anthony C. Lake | PRINT OR TYPE NAME AND TITLE Anthony C. LaRe, Acc't Rep. | DATE 9-1-83 |
|---|---|---|

- 1 -

(White) — **LENDER COPY 1**      (Yellow) — **HHS COPY 2**      (Pink) — **SCHOOL COPY 3**      (Goldenrod) — **STUDENT COPY 4**

◄ DETACH AFTER FILLING OUT

## APPLICANT'S BACKGROUND INFORMATION
*(This portion must be completed before processing)*

**29. INDICATE NAMES OF PARENTS** *(or guardians)* **OR, IF DECEASED, NEAREST LIVING RELATIVE OTHER THAN SPOUSE OR SPOUSE'S PARENTS**

| NAMES | ADDRESS *(Include number, street, city, State and ZIP code)* | TELEPHONE NO. *(Include area code)* |
|---|---|---|
| ███ | ███ | ███ |

**30. INDICATE NAME OF NEAREST LIVING ADULT RELATIVE OTHER THAN PERSONS LISTED ABOVE. IF THIS IS NOT POSSIBLE, INDICATE THE NAME OF ANOTHER EMPLOYED ADULT WHO KNOWS YOU.**

| NAMES | ADDRESS *(Include number, street, city, State and ZIP code)* | TELEPHONE NO *(Include area code)* |
|---|---|---|
| ███ | ███ | ███ |

**31. LIST ALL INDEBTEDNESS OF $100 OR MORE**

| ALL HEAL STUDENT LOANS NAME OF LENDER | SCHOOL PERIOD BEGINNING | ENDING | DATE OF LOAN | UNPAID BALANCE |
|---|---|---|---|---|
| Sallie Mae | 9/82 | 9/83 | 7/13/82 | $ 10,000 |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

| OTHER DEBTS AND OTHER EDUCATIONAL LOANS NAME OF LENDER | DATE OF LOAN | UNPAID BALANCE |
|---|---|---|
| GSL - New York State - Chemical Bank (NYSHESC) | 9/25/82 | $ 5,000 |
| GSL - New York State - Chemical Bank (NYSHESC) | 9/80 | $ 5,000 |
| GSL - New York State - Chemical Bank (NYSHESC) | 9/79 | $ 5,000 |
| | | $ |
| | | $ |
| | | $ |
| | | $ |

**ADDITIONAL INFORMATION** *(If necessary)*

◄ DETACH AFTER FILLING OUT ◄

**(White) — LENDER COPY 1     (Yellow) — HHS COPY 2     (Pink) — SCHOOL COPY 3     (Goldenrod) — STUDENT COPY 4**

U.S. DEPARTMENT
HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
HEALTH SERVICES ADMINISTRATION

HEALTH EDUCATION ASSISTANCE LOAN PROGRAM
(42 U.S.C. 294-294t)

## PROMISSORY NOTE

(VARIABLE RATE)

When you receive the loan disbursement check for endorsement, you will be provided notice of the amount financed (the loan amount less the insurance premium), the pre-paid finance charge (the insurance premium), and the annual percentage rate (APR) for the initial quarter. You are not contractually obligated on the loan if the disbursement check is not endorsed.

## PROMISE TO PAY

I, __Roberta M. Chiascione_____, the borrower, promise to pay to **First American Bank, N.A., Washington, D.C.** (the lender),
Name of borrower
or the subsequent holder of this Note, the principal sum of __$10,000.00__ to the extent it is advanced to me, to pay interest on the principal
Principal sum
sum as set out below and to pay authorized late charges, all reasonable attorney's fees, and other costs and charges that are permitted by Federal regulations and are necessary for the collection of any amount not paid when due.

**The lender and I further understand and agree that:**

### INTEREST

1. Beginning on the day the loan is disbursed and ending when the repayment period commences, interest shall accrue. Payment of the interest accruing before the beginning of the repayment period may be postponed until the date upon which repayment of principal is required to begin or to resume, interest which has accrued and is not paid may be added to the principal sum of this Note not more frequently than every six (6) months. Beginning when the repayment period commences, interest shall accrue and be paid as set forth in the Repayment Schedule which the lender shall establish and provide to me.

2. Interest shall accrue and be payable at an **ANNUAL PERCENTAGE RATE** which is equal to a variable rate which is calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus 3.5 percent, rounding the figure up to the nearest 1/8 of 1 percent.

3. Any change in the **ANNUAL PERCENTAGE RATE** will affect the payment amounts, the number of payments, or the amount due at maturity.

### INSURANCE PREMIUM

I agree to pay the lender, in addition to interest and principal due, an amount equal to the premium that the lender is required to pay to the Secretary in order to provide insurance coverage on this Note. Payment of an insurance premium calculated in accordance with instructions issued by the Secretary shall be due and payable immediately and may be taken by the lender from the loan proceeds.

### REPAYMENT

1. Repayment shall be made in periodic installments over a repayment period which starts the first day of the tenth month after the month in which I cease to be a full-time student at a HEAL school. However, if I become an intern or resident in an accredited program before that date, then the repayment period begins the first day of the tenth month after the month in which I cease to be an intern or resident.

2. The repayment period shall not be less than 10 years nor more than 25 years. In no event, however, shall the repayment period extend to a date that is more than 33 years from the date on which I signed this Promissory Note. Any period described under DEFERMENT shall not be included in determining the 10, 25, or 33 year periods.

3. The terms and conditions of repayment shall be set forth in a separate Repayment Schedule which the lender shall establish and shall provide me prior to the beginning of the repayment period.

4. I shall make a minimum annual repayment of at least $600 or an amount equal to the annual interest on the unpaid principal balance, whichever is greater. If I have other outstanding HEAL

### GENERAL

The terms of this Note shall be construed according to the Law (42 U.S.C. 294-294t) and the Federal regulation (42 CFR Part 60) governing the administration of the Health Education Assistance Loan (HEAL) Program, copies of which are on file with the holder of this Note.

I shall promptly notify the lender or any other holder of this Note in writing, of any change of name, address, school enrollment status or any other event described in paragraph 3 of the Borrower's Responsibilities as found on the reverse side of this Note.

I agree that all proceeds from this loan will be used solely for tuition and other reasonable educational and living expenses, including room and board, fees, books, supplies and equipment, laboratory expenses, transportation and commuting costs, personal expenses, the HEAL insurance premium, and interest on HEAL loans.

I have read and understand the Statement of Rights and Responsibilities printed on the reverse side of this form.

loans, the sum of all payments to all holders of my HEAL loans shall not be less than $600 or an amount equal to the consolidated interest on the unpaid principal balances, whichever is greater. However, the $600 rule does not apply if it would result in my repaying a HEAL loan in fewer than 10 years.

### PREPAYMENT

I may, at my option and without penalty, prepay all or any part of this loan principal or accrued interest) at any time, in the event of such prepayment. I shall be entitled to a rebate of unearned interest computed by [ ] the Sum of the Digits Formula (Rule of 78ths), or [ ] other (identify)___N/A_____ (Not to be completed if simple interest is computed on a daily basis)

### DEFERMENT

Periodic installments of principal and interest need not be paid, but interest shall accrue.

1. When I am carrying a full-time course of study at a HEAL school or at an institution of higher education participating in the Guaranteed Student Loan Program, and

2. Not in excess of three years for each of the following when I am:

   A. a member of the Armed Forces of the United States;
   B. in service as a volunteer under the Peace Corps Act;
   C. in service as a full-time volunteer under Title I of the Domestic Volunteer Service Act of 1973; and
   D. a member of the National Health Service Corps.

3. Not in excess of four years when I am a participant in an accredited internship or residency program.

### LATE CHARGES

I may be assessed a late charge of five percent of the installment payment or $5.00, whichever is less, on any payment made later than 10 days after the due date.

### DEATH/DISABILITY

If I die or become totally and permanently disabled, my unpaid indebtedness on this Note shall be cancelled in accordance with applicable Federal regulations.

### DEFAULT

In the event of my default on this loan, the entire unpaid loan including interest due and accrued shall, at the option of the holder of this Note, become immediately due and payable.

Roberta M. Chiascione                    2201 L St. N.W. Wash., D.C.      1/12/84
SIGNATURE OF BORROWER                     ADDRESS                          DATE

_____          _____        _____
SIGNATURE OF BORROWER                     ADDRESS                          DATE

*NOTICE: This Note shall be executed without security and without endorsement, except that, if the borrower is a minor and this Note would not, under applicable State law, create a binding obligation, the lender may require an endorser also to sign this Note. The lender shall supply a copy of this Note to the borrower.

(NOVEMBER 1982)

(WHITE) **SALLIE MAE COPY**    (YELLOW) **SCHOOL COPY**    (PINK) **STUDENT COPY**

## STATEMENT OF BORROWER'S RIGHTS AND RESPONSIBILITIES

**BORROWER'S RIGHTS**

1. The loan check or draft must be made payable to me or if authorized by me — jointly to me and the school. The check or draft must require my endorsement

2. The lender must provide me with a copy of the completed promissory note when the loan is made. The lender must return the note to me when the loan is paid in full.

3. If the lender assigns (e.g., sells) the loan and the right to receive payments, I must be sent a clear notification which spells out my obligations to the new holder

4. I have a right to a 9-month "grace period" before repayment begins after I have completed school attendance (and internship and residency in an accredited program, if started before the first day of the tenth month after I ceased to be a full time student at a HEAL school)

5. I have a right to prepay the whole or any portion of the loan at any time without a penalty.

6. I have a right to deferment of principal and interest repayments if certain conditions exist. Under deferment, I am not required to make payments on the loan principal or interest for a period of time. The conditions that qualify me for a deferment are listed under DEFERMENT on the promissory note

7. The lender will provide me with a repayment schedule before the repayment period begins

8. My loan obligation will be cancelled in the event of my death or permanent and total disability in accordance with applicable Federal regulations.

9. At the option of the Federal Government, I may apply for a special contract to have my loan fully or partially repaid by serving for at least two years in the National Health Service Corps or in a health manpower shortage area identified by the Secretary of H.H.S. I understand that a contract may be granted depending on the availability of positions in shortage areas and the availability of Federal funds appropriated for this purpose.

10. The lender cannot change the terms of my HEAL loan without my consent.

**BORROWER'S RESPONSIBILITIES**

1. I understand that there is no interest subsidy on a HEAL loan and that I must pay all interest on the loan. If I do not make payments on time or if I default, the total amount to be repaid may be increased by additional interest costs, late charges, attorney's fees, court costs and other collection costs.

2. I understand that the lender may charge me an insurance premium and that I will not be entitled to any refund of this premium.

3. I must immediately notify the lender if any of the following occurs before the loan is repaid:

   a. change of address
   b. name change (e.g., maiden name to married name)
   c. failure to enroll in a HEAL school for the period for which the loan is intended
   d. transfer to another school
   e. withdrawal from school or attendance on a less than full-time basis
   f. graduation
   g. cessation of participation in an internship/residency program or other eligible deferment status.

4. I must repay the loan in accordance with a repayment schedule. More detailed information about the repayment terms is listed under REPAYMENT on the promissory note.

5. I must notify the lender of any occurrence which may affect my eligibility to receive or to continue to receive a deferment of principal and interest payments.

6. I understand that this loan must be paid. If I do not make payments when due, the lender may declare my loan in default. If I default, the Federal Government will take over my loan and I will then owe the Government. My default may result in court action to force me to pay. Federal law precludes me from discharging this loan in bankruptcy until after the first five years of the repayment period.

7. I understand that I can only use the proceeds of my HEAL loan for tuition and other reasonable educational and living expenses.

ALL RIGHT, TITLE AND INTEREST OF THE
UNDERSIGNED IS HEREBY ASSIGNED
(WITHOUT WARRANTY, EXCEPT THE NOTE
QUALIFIES FOR INSURANCE)
TO: THE UNITED STATES OF AMERICA
SALLIE MAE INC.
AUTHORIZED SERVICING AGENT FOR
HICA EDUCATION LOAN CORPORATION
BY: _____ 4/3/08

All right, title and interest of the undersigned is
hereby assigned (without warranty, except that the
note qualifies for insurance) to the United States
of America

BY _____



### BILL OF SALE AND BLANKET ENDORSEMENT

The undersigned Seller sells and assigns to HICA Education Loan Corporation ("Purchaser") and its successors and assigns all of Seller's rights, title, and insurance interest in the portfolio of Loans described in the attached Final Loan Transmittal Form. This sale is for value received and is in accordance with the terms and conditions of Loan Sale Agreement Dated November 24, 2003 (the "Agreement").

The Seller, by execution of this instrument, hereby endorses the attached promissory note, which is one of the promissory notes ("the Notes") described in the attached Final Loan Transmittal Form. If the Note is a Master Promissory Note, the undersigned endorses such Master Promissory Note only to the extent it evidences particular loans that are described in such Bill of Sale. This endorsement is in blank, unrestricted form and without recourse except as provided in the repurchase section of the Master Terms referred to in the applicable Loan Sale Agreement between Seller and Purchaser. If any of the Loans were made under a Master Promissory Note, this sale excludes an assignment of any right to offer, future loans under such Master Promissory Note.

This endorsement may be effected by attaching either this instrument or a facsimile each or any of the Notes.

SELLER
Student Loan Marketing Association
11600 Sallie Mae Drive
Reston VA, 20193

By: Sallie Mae, Inc.,
Authorized Agent

By: _____
(Signature of Authorized
Signatory)

Name: _____Karen K. Knoche_____
                    Manager
                Loan Acquisitions and Conversions

Title: _____

OE Number(s)/Branch Code(s):

899986/0000,1000,9800

---

PURCHASER
HICA Education Loan Corporation
3900 West Technology Circle
Suite 7
Sioux Falls, SD 57106

By: _____
        (Signature of Authorized
        Signatory)

Name: _____Karen K. Knoche_____
                    Manager
                Loan Acquisitions and Conversions

Title: _____

Date of Purchase: __11/24/2003__

---

- 1 -

THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL DOCUMENT

G. 30/2 100

9.  8.  6

## BLANKET ENDORSEMENT

The undersigned ('Seller"), by execution of this instrument, hereby endorses the attached promissory note which is one of the promissory notes ("the Notes") described in the Bill of Sale executed by Seller in favor of the Student Loan Marketing Association ("Purchaser"). This endorsement is in blank, unrestricted form and without recourse except as provided in paragraph 10 of the Commitment and Loan Sale Agreement for GSL loans dated January 1, 1987 between Seller and Purchaser.

This endorsement may be effected by attaching either this instrument or a facsimile hereof to each or any of the Notes.

First American Bank

------------------------------------

(Signature of Officer)

Linda T. Frece
Vice President

------------------------------------

(Title of Officer)

THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL DOCUMENT

STUDENT APPLICATION FOR A HEALTH EDUCATION ASSISTANCE LOAN

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines and imprisonment under the U.S. Criminal Code.

FOR OE USE ONLY

## SECTION I - TO BE COMPLETED BY STUDENT *IMPORTANT* READ INSTRUCTIONS BEFORE COMPLETING

| 1. LAST NAME; FIRST NAME, MIDDLE INITIAL | 2. SOCIAL SECURITY NUMBER | 3. BIRTHDAY MONTH/DAY/YEAR |
|---|---|---|
| CHIASCIONE Roberta M. | ▓▓▓▓ | ▓▓▓▓ |

| 4. PERMANENT HOME RESIDENCE ADDRESS (street) | CITY | STATE | ZIP CODE | AREA CODE/TELEPHONE NUMBER |
|---|---|---|---|---|
| 55 Hughes Terrace | Yonkers, | N.Y. | 10701 | 914 965-1219 |

| 5. TEMPORARY SCHOOL RESIDENCE ADDRESS (street) | CITY | STATE | ZIP CODE | AREA CODE/TELEPHONE NUMBER |
|---|---|---|---|---|
| 2201 L St. N.W. | Washington, | D.C. | 20037 | 202 466-3155 |

| 6. U.S. CITIZEN OR NATIONAL | 7. LEGAL STATE RESIDENCE | 9. PERIOD OF LOAN | 10. AMOUNT REQUESTED |
|---|---|---|---|
| (1) YES ☒ (2) NO ☐ IF NO, GIVE I-94 AUTHORITY | New York | (1) FROM MONTH/DAY/YEAR 9 1 1 83 | |
| | 8. MAJOR COURSE OF STUDY Medicine | (2) TO 6 22 84 | $ 10,000 |

11. I, THE BORROWER, CERTIFY THAT THE INFORMATION CONTAINED IN THIS APPLICATION IS TRUE, COMPLETE, AND CORRECT TO THE BEST OF MY KNOWLEDGE I FURTHER CERTIFY THAT THE PROCEEDS OF ANY LOAN MADE AS A RESULT OF THIS APPLICATION WILL BE USED FOR EDUCATIONAL PURPOSES AT THE INSTITUTION NAMED ON THIS FORM. I HEREBY AUTHORIZE THE EDUCATIONAL INSTITUTION TO MAKE REFUNDS DUE ME TO THE LENDING INSTITUTION IN ORDER TO REDUCE MY LOAN OBLIGATIONS. I AGREE THAT THE LOAN CHECK MAY BE MADE JOINTLY PAYABLE TO ME AND MY HEAL SCHOOL.

| SIGNATURE OF APPLICANT | DATE |
|---|---|
| Roberta M. Chiascione | Jan. 3, 1984 |

**STOP - APPLICANT MUST COMPLETE INFORMATION ON P.2 BEFORE APPLICATION CAN BE PROCESSED.**

## SECTION II - TO BE COMPLETED BY THE EDUCATIONAL INSTITUTION *IMPORTANT* READ INSTRUCTIONS BEFORE COMPLETING

| 12. NAME OF EDUCATIONAL INSTITUTION | 13. ENTITY NUMBER | 14. SCHOOL CODE |
|---|---|---|
| George Washington Univ. School of Medicine & Health Sciences | 1-530196584-A1 | 024517 |

| ADDRESS | 15. ACADEMIC YEAR | 16. PERIOD OF LOAN |
|---|---|---|
| 2300 Eye St. N.W. #713 | MONTH/DAY/YEAR (1) FROM 7 15 83 (2) TO 6 22 84 | MONTH/DAY/YEAR (1) FROM 9 1 1 83 (2) TO 6 22 84 |

| CITY STATE ZIP CODE | | |
|---|---|---|
| Washington DC 20037 | | |

| AREA CODE/TELEPHONE NUMBER | 17. STUDENT I.D. NUMBER | 18. ANTICIPATED DATE OF GRADUATION |
|---|---|---|
| 202/676-2960 | 487176 | 5/85 |

| 19. I HEREBY CERTIFY THAT THE ABOVE STUDENT MEETS THE ELIGIBILITY REQUIREMENTS LISTED IN SECTION 60.5 OF THE HEAL REGULATIONS. (42 CFR 60.5) | 20. ESTIMATED COSTS OF EDUCATION FOR LOAN PERIOD | | 21. FINANCIAL AID AWARDED FOR LOAN PERIOD | |
|---|---|---|---|---|
| | TUITION AND FEES | $ 17,150 | EDUCATIONAL LOANS | $ 15,000 |
| | OTHER | $ 10,500 | SCHOLARSHIPS AND GRANTS | $ |
| | TOTAL | $ 27,650 | OTHER | $ |
| | | | TOTAL | $ 15,000 |

| | 22. NET COST OF EDUCATION (Item 20 less Item 21) | $ 12,650 |
|---|---|---|

| SIGNATURE OF AUTHORIZING OFFICIAL | NAME AND TITLE Melissa Fouchard | DATE |
|---|---|---|
| Melissa Fouchard | Financial Aid Counselor | 1-9-84 |

## SECTION III - TO BE COMPLETED BY THE LENDING INSTITUTION *IMPORTANT* READ INSTRUCTIONS BEFORE COMPLETING

| 23. NAME OF LENDING INSTITUTION | 24. ENTITY NUMBER | 25. LENDER CODE |
|---|---|---|
| First American Bank, N.A. ADDRESS 740 15th Street, N.W. | | 826145 |

| CITY STATE ZIP CODE | 26. AREA CODE/TELEPHONE NUMBER | 27. AMOUNT LENDER APPROVES |
|---|---|---|
| Washington, D.C. 20005 | 703-385-8502 | $ 10,000. |

**STOP - REVIEW TOTAL APPLICATION BEFORE PROCESSING**

| 28. SIGNATURE OF AUTHORIZED LENDING OFFICIAL | PRINT OR TYPE NAME AND TITLE | DATE |
|---|---|---|
| Hilka Metz | Hilka Metz, Asst. Acc't Rep. | 01/20/84 |

- 1 -

(White) — LENDER COPY 1      (Yellow) — HHS COPY 2      (Pink) — SCHOOL COPY 3      (Goldenrod) — STUDENT COPY 4

DETACH AFTER FILLING OUT

## APPLICANT'S BACKGROUND INFORMATION
### (This portion must be completed before processing)

**29. INDICATE NAMES OF PARENTS** *(or guardians)* **OR, IF DECEASED, NEAREST LIVING RELATIVE OTHER THAN SPOUSE OR SPOUSE'S PARENTS**

| NAMES | ADDRESS *(Include number, street, city, State and ZIP code)* | TELEPHONE NO. *(Include area code)* |
|---|---|---|
| ███████ | ███████ | ███████ |

**30. INDICATE NAME OF NEAREST LIVING ADULT RELATIVE OTHER THAN PERSONS LISTED ABOVE. IF THIS IS NOT POSSIBLE, INDICATE THE NAME OF ANOTHER EMPLOYED ADULT WHO KNOWS YOU.**

| ███████ | ADDRESS *(Include number, street, city, State and ZIP code)* | TELEPHONE NO *(Include area code)* |
|---|---|---|
| ███████ | ███████ | ███████ |

**31. LIST ALL INDEBTEDNESS OF $100 OR MORE**

| ALL HEAL STUDENT LOANS — NAME OF LENDER | SCHOOL PERIOD BEGINNING | SCHOOL PERIOD ENDING | DATE OF LOAN | UNPAID BALANCE |
|---|---|---|---|---|
| First American Bank, NA, Washington D.C. | Sept. 1982 | June 1983 | 8/12/82 | $ 10,000 |
| First American Bank, NA, Washington DC | Sept 1982 | | 9/1/83 | $ 10,000 |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

| OTHER DEBTS AND OTHER EDUCATIONAL LOANS — *(GSL loan)* NAME OF LENDER | DATE OF LOAN | UNPAID BALANCE |
|---|---|---|
| NYSHESC – Chemical Bank | 5/1/81 | $ 7500 |
| | | $ |
| NYSHESC – (GSL loan) Chemical Bank | 10/9/82 | $ 5000 |
| | | $ |
| NYSHESC – (GSL loan) Chemical Bank | 9/79 | $ 5000 |
| | | $ |
| | | $ |

**ADDITIONAL INFORMATION** *(If necessary)*

DETACH AFTER FILLING OUT

- 2 -

(White) — LENDER COPY 1      (Yellow) — HHS COPY 2      (Pink) — SCHOOL COPY 3      (Goldenrod) — STUDENT COPY 4

U S DEPARTMENT OF
HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
HEALTH SERVICES ADMINISTRATION

**HEALTH EDUCATION ASSISTANCE LOAN PROGRAM**
(42 U S C  294-294t)

*PROMISSORY NOTE*

(VARIABLE RATE)

When you receive the loan disbursement check for endorsement, you will be provided notice of the amount financed (the loan amount less the insurance premium), the pre-paid finance charge (the insurance premium), and the annual percentage rate (APR) for the initial quarter  You are not contractually obligated on the loan if the disbursement check is not endorsed

**PROMISE TO PAY**

I  Roberta M. Chiascione _____, the borrower, promise to pay to **First American Bank, N.A., Washington, D.C.** (the lender),
*Name of borrower*

or the subsequent holder of this Note, the principal sum of  10,000.00  to the extent it is advanced to me, to pay interest on the principal
*Principal sum*

sum as set out below and to pay authorized late charges, all reasonable attorney's fees, and other costs and charges that are permitted by Federal regulations and are necessary for the collection of any amount not paid when due.

**The lender and I further understand and agree that:**

**INTEREST**

1  Beginning on the day the loan is disbursed and ending when the repayment period commences, interest shall accrue  Payment of the interest accruing before the beginning of the repayment period may be postponed until the date upon which repayment of principal is required to begin or to resume  interest which has accrued and is not paid may be added to the principal sum of the Note not more frequently than every six (6) months  Beginning when the repayment period commences  interest shall accrue and be paid as set forth in the Repayment Schedule which the lender shall establish and provide to me

2  Interest shall accrue and be payable at an **ANNUAL PERCENTAGE RATE** which is equal to a variable rate which is calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter  plus 2.5 percent  rounding this figure up to the nearest 1/8 of 1 percent

3  Any change in the **ANNUAL PERCENTAGE RATE** will affect the payment amounts, the number of payments, or the amount due at maturity

**INSURANCE PREMIUM**

I agree to pay the lender, in addition to interest and principal due, an amount equal to the premium that the lender is required to pay to the Secretary in order to provide insurance coverage on this Note  Payment of an insurance premium calculated in accordance with instructions issued by the Secretary shall be due and payable immediately and may be taken by the lender from the loan proceeds.

**REPAYMENT**

1  Repayment shall be made in periodic installments over a repayment period which starts the first day of the tenth month after the month in which I cease to be a full-time student at a HEAL school. However, if I become an intern or resident in an accredited program before that date, then the repayment period begins the first day of the tenth month after the month in which I cease to be an intern or resident.

2. The repayment period shall not be less than 10 years nor more than 25 years. In no event, however, shall the repayment period extend to a date that is more than 33 years from the date on which I signed this Promissory Note. Any period described under DEFERMENT shall not be included in determining the 10, 25, or 33 year periods.

3. The terms and conditions of repayment shall be set forth in a separate Repayment Schedule which the lender shall establish and shall provide me prior to the beginning of the repayment period.

4. I shall make a minimum annual repayment of at least $600 or an amount equal to the annual interest on the unpaid principal balance, whichever is greater. If I have other outstanding HEAL

**GENERAL**

loans, the sum of all payments to all holders of my HEAL loans shall not be less than $600 or an amount equal to the consolidated interest on the unpaid principal balances, whichever is greater. However, the $600 rule does not apply if it would result in my repaying a HEAL loan in fewer than 10 years

**PREPAYMENT**

I may, at my option and without penalty, prepay all or any part of this loan (principal or accrued interest) at any time. In the event of such prepayment, I shall be entitled to a rebate of unearned interest computed by [ ] the Sum-of-the-Digits Formula (Rule of 78ths), or [ ] other (identify) _____ (Not to be completed if simple interest is computed on a daily basis)

**DEFERMENT**

Periodic installments of principal and interest need not be paid, but interest shall accrue

1. When I am carrying a full-time course of study at a HEAL school or at an Institution of higher education participating in the Guaranteed Student Loan Program; and

2. Not in excess of three years for each of the following when I am:

   A. a member of the Armed Forces of the United States,
   B. in service as a volunteer under the Peace Corps Act,
   C. in service as a full-time volunteer under Title I of the Domestic Volunteer Service Act of 1973; and
   D. a member of the National Health Service Corps.

3. Not in excess of four years when I am a participant in an accredited internship or residency program.

**LATE CHARGES**

I may be assessed a late charge of five percent of the installment payment or $5.00, whichever is less, on any payment made later than 10 days after the due date.

**DEATH/DISABILITY**

If I die or become totally and permanently disabled, my unpaid indebtedness on this Note shall be cancelled in accordance with applicable Federal regulations.

**DEFAULT**

In the event of my default on this loan, the entire unpaid loan including interest due and accrued shall, at the option of the holder of this Note, become immediately due and payable.

The terms of this Note shall be construed according to the Law (42 U.S.C. 294-294t) and the Federal regulation (42 CFR Part 60) governing the administration of the Health Education Assistance Loan (HEAL) Program, copies of which are on file with the holder of this Note.

I shall promptly notify the lender or any other holder of this Note in writing, of any change of name, address, school enrollment status or any other event described in paragraph 3 of the Borrower's Responsibilities as found on the reverse side of this Note.

I agree that all proceeds from this loan will be used solely for tuition and other reasonable educational and living expenses, including room and board, fees, books, supplies and equipment, laboratory expenses, transportation and commuting costs, personal expenses, the HEAL insurance premium, and interest on HEAL loans.

I have read and understand the Statement of Rights and Responsibilities printed on the reverse side of this form.

| Roberta M. Chiascione | 55 Hughes Terr. Yonkers, N.Y. | Aug. 12, 198. |
|---|---|---|
| SIGNATURE OF BORROWER | ADDRESS | DATE |

| | | |
|---|---|---|
| SIGNATURE OF BORROWER | ADDRESS | DATE |

*NOTICE: This Note shall be executed without security and without endorsement, except that, if the borrower is a minor and this Note would not, under applicable State law, create a binding obligation, the lender may require an endorser also to sign this Note. The lender shall supply a copy of this Note to the borrower.

(WHITE) **SALLIE MAE COPY**   (YELLOW) **SCHOOL COPY**   (PINK) **STUDENT COPY**

STATEMENT OF BORROWER'S RIGHTS AND RESPONSIBILITIES

**BORROWER'S RIGHTS**

1. The loan check or draft must be made payable to me or if authorized by me — jointly to me and the school. The check or draft must require my endorsement.

2. The lender must provide me with a copy of the completed promissory note when the loan is made. The lender must return the note to me when the loan is paid in full.

3. If the lender assigns (e.g., sells) the loan and the right to receive payments, I must be sent a clear notification which spells out my obligations to the new holder.

4. I have a right to a 9-month "grace period" before repayment begins after I have completed school attendance (and internship and residency in an accredited program, if started before the first day of the tenth month after I ceased to be a full-time student at a HEAL school).

5. I have a right to prepay the whole or any portion of the loan at any time without a penalty.

6. I have a right to deferment of principal and interest repayments if certain conditions exist. Under deferment, I am not required to make payments on the loan principal or interest for a period of time. The conditions that qualify me for a deferment are listed under DEFERMENT on the promissory note.

7. The lender will provide me with a repayment schedule before the repayment period begins.

8. My loan obligation will be cancelled in the event of my death or permanent and total disability in accordance with applicable Federal regulations.

9. At the option of the Federal Government, I may apply for a special contract to have my loan fully or partially repaid by serving for at least two years in the National Health Service Corps or in a health manpower shortage area identified by the Secretary of H.H.S. I understand that a contract may be granted depending on the availability of positions in shortage areas and the availability of Federal funds appropriated for this purpose.

10. The lender cannot change the terms of my HEAL loan without my consent.

**BORROWER'S RESPONSIBILITIES**

1. I understand that there is no interest subsidy on a HEAL loan and that I must pay all interest on the loan. If I do not make payments on time or if I default, the total amount to be repaid may be increased by additional interest costs, late charges, attorney's fees, court costs and other collection costs.

2. I understand that the lender may charge me an insurance premium and that I will not be entitled to any refund of this premium.

3. I must immediately notify the lender if any of the following occurs before the loan is repaid:

   a. change of address.
   b. name change (e.g., maiden name to married name)
   c. failure to enroll in a HEAL school for the period for which the loan is intended
   d. transfer to another school
   e. withdrawal from school or attendance on a less than full-time basis
   f. graduation
   g. cessation of participation in an internship/residency program or other eligible deferment status.

4. I must repay the loan in accordance with a repayment schedule. More detailed information about the repayment terms is listed under REPAYMENT on the promissory note.

5. I must notify the lender of any occurrence which may affect my eligibility to receive or to continue to receive a deferment of principal and interest payments.

6. I understand that this loan must be paid. If I do not make payments when due, the lender may declare my loan in default. If I default, the Federal Government will take over my loan and I will then owe the Government. My default may result in court action to force me to pay. Federal law precludes me from discharging this loan in bankruptcy until after the first five years of the repayment period.

7. I understand that I can only use the proceeds of my HEAL loan for tuition and other reasonable educational and living expenses.

ALL RIGHT, TITLE AND INTEREST OF
UNDERSIGNED IS HEREBY ASSIGNED
(WITHOUT WARRANTY, EXCEPT THAT
QUALIFIES FOR INSURANCE)
TO: THE UNITED STATES OF AMERICA

SALLIE MAE INC.
AUTHORIZED SERVICING AGENT FOR
HICA EDUCATION LOAN CORPORATION
BY: *[signature]* 4/23/91

All right, title and interest of the undersigned is
hereby assigned *[illegible]* except that
into qualifies for *[illegible]*
to the United States
of America

*[signature]* 7-24-90

*[signature]*
Claims Analyst
BY

## BILL OF SALE AND BLANKET ENDORSEMENT

The undersigned Seller sells and assigns to HICA Education Loan Corporation ("Purchaser") and its successors and assigns all of Seller's rights, title, and insurance interest in the portfolio of Loans described in the attached Final Loan Transmittal Form. This sale is for value received and is in accordance with the terms and conditions of Loan Sale Agreement Dated November 24, 2003 (the "Agreement").

The Seller, by execution of this instrument, hereby endorses the attached promissory note, which is one of the promissory notes ("the Notes") described in the attached Final Loan Transmittal Form. If the Note is a Master Promissory Note, the undersigned endorses such Master Promissory Note only to the extent it evidences particular loans that are described in such Bill of Sale. This endorsement is in blank, unrestricted form and without recourse except as provided in the repurchase section of the Master Terms referred to in t applicable Loan Sale Agreement between Seller and Purchaser. If any of the Loans were made under a Master Promissory Note, this sale excludes an assignment of any right to offer, future loans under such Master Promissory Note.

This endorsement may be effected by attaching either this instrument or a facsimile each or any of the Notes.

**SELLER**
Student Loan Marketing Association
11600 Sallie Mae Drive
Reston VA, 20193

By:   Sallie Mae, Inc.,
      Authorized Agent

By: _____
(Signature of Authorized Signatory)

Name: Karen K. Knoche
      Manager
      Loan Acquisitions and Conversions

Title: _____

OE Number(s)/Branch Code(s):
899986,0000,1000,9800

**PURCHASER**
HICA Education Loan Corporation
3900 West Technology Circle
Suite 7
Sioux Falls, SD 57106

By: _____
(Signature of Authorized Signatory)

Name: Karen K. Knoche
      Manager
      Loan Acquisitions and Conversions

Title: _____

Date of Purchase: 11/24/2003

- 1 -

SALLIE MAE TO HICA EDUCATION LOAN CORPORATION LSA1

THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL DOCUM

G. 30/2 100

9.  9.  6

## BLANKET ENDORSEMENT

The undersigned ("Seller"), by execution of this instrument, hereby endorses the attached promissory note which is one of the promissory notes ("the Notes") described in the Bill of Sale executed by Seller in favor of the Student Loan Marketing Association ("Purchaser"). This endorsement is in blank, unrestricted form and without recourse except as provided in paragraph 10 of the Commitment and Loan Sale Agreement for GSL loans dated January 1, 1987 between Seller and Purchaser.

This endorsement may be effected by attaching either this instrument or a facsimile hereof to each or any of the Notes.

First American Bank

-----------------------------------
(Signature of Officer)

Linda T. Freee
Vice President
-----------------------------------
(Title of Officer)

THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL DOCUMENT

**STUDENT APPLICATION FOR A HEALTH EDUCATION ASSISTANCE LOAN**

FOR OE USE ONLY

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines and imprisonment under the U.S. Criminal Code.

**SECTION I - TO BE COMPLETED BY STUDENT** *IMPORTANT* READ INSTRUCTIONS BEFORE COMPLETING

1. LAST NAME; FIRST NAME, MIDDLE INITIAL — CHIASCIONE, Roberta M.
2. SOCIAL SECURITY NUMBER
3. BIRTHDAY MONTH/DAY/YEAR

4. PERMANENT HOME RESIDENCE ADDRESS (street) — 55 Hughes Terrace | CITY Yonkers, | STATE N.Y. | ZIP CODE 10701 | AREA CODE/TELEPHONE NUMBER 914-965-1219

5. TEMPORARY SCHOOL RESIDENCE ADDRESS (street) — 2201 L St. N.W. #415 | CITY Washington, | STATE D.C. | ZIP CODE 20037 | AREA CODE/TELEPHONE NUMBER 202-466-3155

6. U.S. CITIZEN OR NATIONAL (1) YES X (2) NO — IF NO, GIVE I-94 AUTHORITY

7. LEGAL STATE RESIDENCE — New York

8. MAJOR COURSE OF STUDY — Medicine

9. PERIOD OF LOAN MONTH/DAY/YEAR (1) FROM 8/30/84 (2) TO 5/24/85

10. AMOUNT REQUESTED $ 10,000

11. I, THE BORROWER, CERTIFY THAT THE INFORMATION CONTAINED IN THIS APPLICATION IS TRUE, COMPLETE, AND CORRECT TO THE BEST OF MY KNOWLEDGE I FURTHER CERTIFY THAT THE PROCEEDS OF ANY LOAN MADE AS A RESULT OF THIS APPLICATION WILL BE USED FOR EDUCATIONAL PURPOSES AT THE INSTITUTION NAMED ON THIS FORM. I HEREBY AUTHORIZE THE EDUCATIONAL INSTITUTION TO MAKE REFUNDS DUE ME TO THE LENDING INSTITUTION IN ORDER TO REDUCE MY LOAN OBLIGATIONS. I AGREE THAT THE LOAN CHECK MAY BE MADE JOINTLY PAYABLE TO ME AND MY HEAL SCHOOL.

SIGNATURE OF APPLICANT — Roberta M. Chiascione | DATE 8/24/84

**STOP - APPLICANT MUST COMPLETE INFORMATION ON P.2 BEFORE APPLICATION CAN BE PROCESSED.**

**SECTION II - TO BE COMPLETED BY THE EDUCATIONAL INSTITUTION** *IMPORTANT* READ INSTRUCTIONS BEFORE COMPLETING

12. NAME OF EDUCATIONAL INSTITUTION — George Washington University School of Medicine and Health Sciences | ADDRESS 2300 Eye Street, N.W. Room 713 | CITY Washington, STATE DC ZIP CODE 20037 | AREA CODE/TELEPHONE NUMBER 202/676-2960

13. ACADEMIC YEAR — 153019658-A1

14. SCHOOL CODE — 024517

15. ACADEMIC YEAR MONTH/DAY/YEAR (1) FROM 8/30/84 (2) TO 5/24/85

16. PERIOD OF LOAN MONTH/DAY/YEAR (1) FROM 8/30/84 (2) TO 5/24/85

17. STUDENT I.D. NUMBER — 48176

18. ANTICIPATED DATE OF GRADUATION — 5/85

19. I HEREBY CERTIFY THAT THE ABOVE STUDENT MEETS THE ELIGIBILITY REQUIREMENTS LISTED IN SECTION 60.5 OF THE HEAL REGULATIONS. (42 CFR 60.5)

20. ESTIMATED COSTS OF EDUCATION FOR LOAN PERIOD — TUITION AND FEES $17,050 | OTHER $11,150 | TOTAL $28,200

21. FINANCIAL AID AWARDED FOR LOAN PERIOD — EDUCATIONAL LOANS $____ | SCHOLARSHIPS AND GRANTS $____ | OTHER $____ | TOTAL $ -0-

22. NET COST OF EDUCATION (Item 20 less Item 21) $ 28,200

SIGNATURE OF AUTHORIZING OFFICIAL — Melissa Fauchard | NAME AND TITLE Melissa Fauchard Financial Aid Counselor | DATE 8-30-84

**SECTION III - TO BE COMPLETED BY THE LENDING INSTITUTION** *IMPORTANT* READ INSTRUCTIONS BEFORE COMPLETING

23. NAME OF LENDING INSTITUTION — First American Bank, N.A. | ADDRESS 740 15th St., N.W. | CITY Washington, STATE D.C. ZIP CODE 20005

24. ENTITY NUMBER

25. LENDER CODE — 826145

26. AREA CODE/TELEPHONE NUMBER — 703-385-8582

27. AMOUNT LENDER APPROVES $ 10,000.

**STOP - REVIEW TOTAL APPLICATION BEFORE PROCESSING**

28. SIGNATURE OF AUTHORIZED LENDING OFFICIAL — Hilka Metz | PRINT OR TYPE NAME AND TITLE Hilka Metz, Asst. Acc't Rep. | DATE 9/24/84

- 1 -

(White) — LENDER COPY 1      (Yellow) — HHS COPY 2      (Pink) — SCHOOL COPY 3      (Goldenrod) — STUDENT COPY 4

## ...LICANT'S BACKGROUND INFORMATIO...
*(This portion must be completed before processing)*

**29. INDICATE NAMES OF PARENTS** *(or guardians)* **OR, IF DECEASED; NEAREST LIVING RELATIVE OTHER THAN SPOUSE OR SPOUSE'S PARENTS**

| NAMES | ADDRESS *(Include number, street, city, State and ZIP code)* | TELEPHONE NO. *(Include area code)* |
|---|---|---|
| ████████ | ████████ | ████████ |

**30. INDICATE NAME OF NEAREST LIVING ADULT RELATIVE OTHER THAN PERSONS LISTED ABOVE. IF THIS IS NOT POSSIBLE, INDICATE THE NAME OF ANOTHER EMPLOYED ADULT WHO KNOWS YOU.**

| NAMES | ADDRESS *(Include number, street, city, State and ZIP code)* | TELEPHONE NO *(Include area code)* |
|---|---|---|
| ████████ | ████████ | ████████ |

**31. LIST ALL INDEBTEDNESS OF $100 OR MORE**

| ALL HEAL STUDENT LOANS NAME OF LENDER | SCHOOL PERIOD BEGINNING | SCHOOL PERIOD ENDING | DATE OF LOAN | UNPAID BALANCE |
|---|---|---|---|---|
| First American Bank, NA  Washington D.C. | 9/82 | 6/83 | 8/12/82 | $ 10,000 — |
| First American Bank, NA  Washington D.C. | 9/83 | 6/84 | 9/1/83 | $ 10,000 — |
| First American Bank, NA  Washington D.C. | 1/84 | 6/84 | 2/21/84 | $ 10,000 — |
|  |  |  |  | $ |

| OTHER DEBTS AND OTHER EDUCATIONAL LOANS NAME OF LENDER | DATE OF LOAN | UNPAID BALANCE |
|---|---|---|
| NYSHESC - GSL loan - Chemical Bank | 5/1/81 | $ 7500 — |
| NYSHESC - GSL loan - Chemical Bank | 10/7/82 | $ 5000 — |
| NYSHESC - GSL loan - Chemical Bank | 9/79 | $ 5000 — |
| NYSHESC - GSL loan - Chemical Bank | 5/31/84 | $ 5000 — |

**ADDITIONAL INFORMATION** *(If necessary)*

- 2 -

*Loan #5 - 1905*

U.S. DEPARTMENT OF
HEALTH AND HUMAN SERVICES
PUBLIC HEALTH SERVICE
HEALTH SERVICES ADMINISTRATION

**HEALTH EDUCATION ASSISTANCE LOAN PROGRAM**
(42 U.S.C. 294-294t)

*PROMISSORY NOTE* (VARIABLE RATE)
When you receive the loan disbursement check for endorsement, you will be provided notice of the amount financed (the loan amount less the insurance premium), the pre-paid finance charge (the insurance premium), and the annual percentage rate (APR) for the initial quarter. You are not contractually obligated on the loan if the disbursement check is not endorsed.

## PROMISE TO PAY

I, **Roberta M. Chiascione** , the borrower, promise to pay to **First American Bank, N.A., Washington, D.C.** (the lender),
Name of borrower

or the subsequent holder of this Note, the principal sum of $7,500.00 to the extent it is advanced to me, to pay interest on the principal
Principal sum

sum as set out below and to pay authorized late charges, all reasonable attorney's fees, and other costs and charges that are permitted by Federal regulations and are necessary for the collection of any amount not paid when due.

**The lender and I further understand and agree that:**

**INTEREST**

1. Beginning on the day the loan is disbursed and ending when the repayment period commences, interest shall accrue. Payment of the interest accruing before the beginning of the repayment period may be postponed until the date upon which repayment of principal is required to begin or to resume, interest which has accrued and is not paid may be added to the principal sum of this Note not more frequently than every six (6) months. Beginning when the repayment period commences, interest shall accrue and be paid as set forth in the Repayment Schedule which the lender shall establish and provide to me.

2. Interest shall accrue and be payable at an **ANNUAL PERCENTAGE RATE** which is equal to a variable rate which is calculated by the Secretary of the Department of Health and Human Services for each calendar quarter and computed by determining the average of the bond equivalent rates for the ninety-one day U.S. Treasury Bills auctioned during the preceding quarter, plus 3.5 percent, rounding this figure up to the nearest 1/8 of 1 percent.

3. Any change in the **ANNUAL PERCENTAGE RATE** will affect the payment amounts, the number of payments, or the amount due at maturity.

**INSURANCE PREMIUM**

I agree to pay the lender, in addition to interest and principal due, an amount equal to the premium that the lender is required to pay to the Secretary in order to provide insurance coverage on this Note. Payment of an insurance premium calculated in accordance with instructions issued by the Secretary shall be due and payable immediately and may be taken by the lender from the loan proceeds.

**REPAYMENT**

1. Repayment shall be made in periodic installments over a repayment period which starts the first day of the tenth month after the month in which I cease to be a full-time student at a HEAL school. However, if I become an intern or resident in an accredited program before that date, then the repayment period begins the first day of the tenth month after the month in which I cease to be an intern or resident.

2. The repayment period shall not be less than 10 years nor more than 25 years. In no event, however, shall the repayment period extend to a date that is more than 33 years from the date on which I signed this Promissory Note. Any period described under DEFERMENT shall not be included in determining the 10, 25, or 33 year periods.

3. The terms and conditions of repayment shall be set forth in a separate Repayment Schedule which the lender shall establish and shall provide me prior to the beginning of the repayment period.

4. I shall make a minimum annual repayment of at least $600 or an amount equal to the annual interest on the unpaid principal balance, whichever is greater, if I have other outstanding HEAL

**GENERAL**

The terms of this Note shall be construed according to the Law (42 U.S.C. 294-294t) and the Federal regulation (42 CFR Part 60) governing the administration of the Health Education Assistance Loan (HEAL) Program, copies of which are on file with the holder of this Note.

I shall promptly notify the lender or any other holder of this Note in writing, of any change of name, address, school enrollment status or any other event described in paragraph 3 of the Borrower's Responsibilities as found on the reverse side of this Note.

I agree that all proceeds from this loan will be used solely for tuition and other reasonable educational and living expenses, including room and board, fees, books, supplies and equipment, laboratory expenses, transportation and commuting costs, personal expenses, the HEAL insurance premium, and interest on HEAL loans.

I have read and understand the Statement of Rights and Responsibilities printed on the reverse side of this form.

loans, the sum of all payments to all holders of my HEAL loans shall not be less than $600 or an amount equal to the consolidated interest on the unpaid principal balances, whichever is greater. However, the $600 rule does not apply if it would result in my repaying a HEAL loan in fewer than 10 years.

**PREPAYMENT**

I may, at my option and without penalty, prepay all or any part of this loan (principal or accrued interest) at any time. In the event of such prepayment, I shall be entitled to a rebate of unearned interest computed by [ ] the Sum of the Digits Formula (Rule of 78ths), or [ ] other (identify)_____N/A_____ (Not to be completed if simple interest is computed on a daily basis)

**DEFERMENT**

Periodic installments of principal and interest need not be paid, but interest shall accrue:

1. When I am carrying a full-time course of study at a HEAL school or at an institution of higher education participating in the Guaranteed Student Loan Program; and

2. Not in excess of three years for each of the following when I am:

A. a member of the Armed Forces of the United States;
B. in service as a volunteer under the Peace Corps Act;
C. in service as a full-time volunteer under Title I of the Domestic Volunteer Service Act of 1973; and
D. a member of the National Health Service Corps.

3. Not in excess of four years when I am a participant in an accredited internship or residency program.

**LATE CHARGES**

I may be assessed a late charge of five percent of the installment payment or $5.00, whichever is less, on any payment made later than 10 days after the due date.

**DEATH/DISABILITY**

If I die or become totally and permanently disabled, my unpaid indebtedness on this Note shall be cancelled in accordance with applicable Federal regulations.

**DEFAULT**

In the event of my default on this loan, the entire unpaid loan including interest due and accrued shall, at the option of the holder of this Note, become immediately due and payable.

| | | |
|---|---|---|
| *Roberta M. Chiascione* | 2201 L St. N.W. Washington D.C. | 1/30/85 |
| SIGNATURE OF BORROWER | ADDRESS | DATE |
| | | |
| SIGNATURE OF BORROWER | ADDRESS | DATE |

*NOTICE: This Note shall be executed without security and without endorsement, except that, if the borrower is a minor and this Note would not, under applicable State law, create a binding obligation, the lender may require an endorser also to sign this Note, the lender shall supply a copy of this Note to the borrower. (NOVEMBER 1982)

(WHITE) **SALLIE MAE COPY** (YELLOW) **SCHOOL COPY** (PINK) **STUDENT COPY**

## STATEMENT OF BORROWER'S RIGHTS AND RESPONSIBILITIES

**BORROWER'S RIGHTS**

1. The loan check or draft must be made payable to me or if authorized by me — jointly to me and the school. The check or draft must require my endorsement.

2. The lender must provide me with a copy of the completed promissory note when the loan is made. The lender must return the note to me when the loan is paid in full.

3. If the lender assigns (e.g., sells) the loan and the right to receive payments, I must be sent a clear notification which spells out my obligations to the new holder.

4. I have a right to a 9-month "grace period" before repayment begins after I have completed school attendance (and internship and residency in an accredited program, if started before the first day of the tenth month after I ceased to be a full-time student at a HEAL school).

5. I have a right to prepay the whole or any portion of the loan at any time without a penalty.

6. I have a right to deferment of principal and interest repayments if certain conditions exist. Under deferment, I am not required to make payments on the loan principal or interest for a period of time. The conditions that qualify me for a deferment are listed under DEFERMENT on the promissory note.

7. The lender will provide me with a repayment schedule before the repayment period begins.

8. My loan obligation will be cancelled in the event of my death or permanent and total disability in accordance with applicable Federal regulations.

9. At the option of the Federal Government, I may apply for a special contract to have my loan fully or partially repaid by serving for at least two years in the National Health Service Corps or in a health manpower shortage area identified by the Secretary of H.H.S. I understand that a contract may be granted depending on the availability of positions in shortage areas and the availability of Federal funds appropriated for this purpose.

10. The lender cannot change the terms of my HEAL loan without my consent.

**BORROWER'S RESPONSIBILITIES**

1. I understand that there is no interest subsidy on a HEAL loan and that I must pay all interest on the loan. If I do not make payments on time or if I default, the total amount to be repaid may be increased by additional interest costs, late charges, attorney's fees, court costs and other collection costs.

2. I understand that the lender may charge me an insurance premium and that I will not be entitled to any refund of this premium.

3. I must immediately notify the lender if any of the following occurs before the loan is repaid:

   a. change of address
   b. name change (e.g., maiden name to married name)
   c. failure to enroll in a HEAL school for the period for which the loan is intended
   d. transfer to another school
   e. withdrawal from school or attendance on a less than full-time basis
   f. graduation
   g. cessation of participation in an internship/residency program or other eligible deferment status.

4. I must repay the loan in accordance with a repayment schedule. More detailed information about the repayment terms is listed under REPAYMENT on the promissory note.

5. I must notify the lender of any occurrence which may affect my eligibility to receive or to continue to receive a deferment of principal and interest payments.

6. I understand that this loan must be paid. If I do not make payments when due, the lender may declare my loan in default. If I default, the Federal Government will take over my loan and I will then owe the Government. My default may result in court action to force me to pay. Federal law precludes me from discharging this loan in bankruptcy until after the first five years of the repayment period.

7. I understand that I can only use the HEAL loan for tuition and other reasonable educational and living expenses.

ALL RIGHT, TITLE AND INTEREST OF THE
UNDERSIGNED IS HEREBY ASSIGNED
(WITHOUT WARRANTY, EXCEPT THE NOTE
QUALIFIES FOR INSURANCE)
TO: THE UNITED STATES OF AMERICA

SALLIE MAE INC.
AUTHORIZED SERVICING AGENT FOR
HICA EDUCATION LOAN CORPORATION
BY:

## BILL OF SALE AND BLANKET ENDORSEMENT

The undersigned Seller sells and assigns to HICA Education Loan Corporation ("Purchaser") and its successors and assigns all of Seller's rights, title, and insurance interest in the portfolio of Loans described in the attached Final Loan Transmittal Form. This sale is for value received and is in accordance with the terms and conditions of Loan Sale Agreement Dated November 24, 2003 (the "Agreement").

The Seller, by execution of this instrument, hereby endorses the attached promissory note, which is one of the promissory notes ("the Notes") described in the attached Final Loan Transmittal Form. If the Note is a Master Promissory Note, the undersigned endorses such Master Promissory Note only to the extent it evidences particular loans that are described in such Bill of Sale. This endorsement is in blank, unrestricted form and without recourse except as provided in the repurchase section of the Master Terms referred to in t applicable Loan Sale Agreement between Seller and Purchaser. If any of the Loans were mad under a Master Promissory Note, this sale excludes an assignment of any right to offer, future loans under such Master Promissory Note.

This endorsement may be effected by attaching either this instrument or a facsimile each or any of the Notes.

**SELLER**
Student Loan Marketing Association
11600 Sallie Mae Drive
Reston VA, 20193

By: Sallie Mae, Inc.,
    Authorized Agent

By: _____
    (Signature of Authorized
    Signatory)

Name: _____
       Karen K. Knoche
       Manager
       Loan Acquisitions and Conversions

Title: _____

OE Number(s)/Branch Code(s):

899986/0000,1000,9800

---

**PURCHASER**
HICA Education Loan Corporation
3900 West Technology Circle
Suite 7
Sioux Falls, SD 57106

By: _____
    (Signature of Authorized
    Signatory)

Name: _____
       Karen K. Knoche
       Manager
       Loan Acquisitions and Conversions

Title: _____

Date of Purchase: 11/24/2003

---

- 1 -

SALLIE MAE TO HICA EDUCATION LOAN CORPORATION LSA1

THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL DOCUM

G. 30/2 100

9.  8.  6

## BLANKET ENDORSEMENT

The undersigned ("Seller"), by execution of this instrument, hereby endorses the attached promissory note which is one of the promissory notes ("the Notes") described in the Bill of Sale executed by Seller in favor of the Student Loan Marketing Association ("Purchaser"). This endorsement is in blank, unrestricted form and without recourse except as provided in paragraph 10 of the Commitment and Loan Sale Agreement for GSL loans dated January 1, 1987 between Seller and Purchaser.

This endorsement may be effected by attaching either this instrument or a facsimile hereof to each or any of the Notes.

First American Bank

---------------------------------

(Signature of Officer)

Linda I. Freee
Vice President

---------------------------------

(Title of Officer)

THIS IS A TRUE AND EXACT COPY OF THE ORIGINAL DOCUMENT

FORM APPROVED O.M.B. NO. 51-R-1243

# STUDENT APPLICATION FOR A [illegible] EDUCATION ASSISTANCE LOAN

| | FOR OE USE ONLY |
|---|---|

**WARNING:** Any person who knowingly makes a false statement or misrepresentation on this form is subject to penalties which may include fines and imprisonment under the U.S. Criminal Code.

## SECTION I - TO BE COMPLETED BY STUDENT *IMPORTANT* READ INSTRUCTIONS BEFORE COMPLETING

| 1. LAST NAME; FIRST NAME, MIDDLE INITIAL | 2. SOCIAL SECURITY NUMBER | 3. BIRTHDAY MONTH/DAY/YEAR |
|---|---|---|
| CHIASCIONE Roberta M. | ▮▮▮▮▮ | ▮▮▮▮▮ |

| 4. PERMANENT HOME RESIDENCE ADDRESS (street) | CITY | STATE | ZIP CODE | AREA CODE/TELEPHONE NUMBER |
|---|---|---|---|---|
| 55 Hughes Terrace | Yonkers, | N.Y. | 10701 | 914-965-1219 |

| 5. TEMPORARY SCHOOL RESIDENCE ADDRESS (street) | CITY | STATE | ZIP CODE | AREA CODE/TELEPHONE NUMBER |
|---|---|---|---|---|
| 2201 L St. N.W. #415 | Washington, | D.C. | 20037 | 202-466-3155 |

| 6. U.S. CITIZEN OR NATIONAL (1) YES ☒ (2) NO ☐ IF NO, GIVE I-94 AUTHORITY _____ | 7. LEGAL STATE RESIDENCE New York | 9. PERIOD OF LOAN MONTH/DAY/YEAR (1) FROM 8 1 82 (2) TO 7 31 83 | 10. AMOUNT REQUESTED $ 10,000 |
|---|---|---|---|
| | 8. MAJOR COURSE OF STUDY Medicine | | |

11. I, THE BORROWER, CERTIFY THAT THE INFORMATION CONTAINED IN THIS APPLICATION IS TRUE, COMPLETE, AND CORRECT TO THE BEST OF MY KNOWLEDGE. I FURTHER CERTIFY THAT THE PROCEEDS OF ANY LOAN MADE AS A RESULT OF THIS APPLICATION WILL BE USED FOR EDUCATIONAL PURPOSES AT THE INSTITUTION NAMED ON THIS FORM. I HEREBY AUTHORIZE THE EDUCATIONAL INSTITUTION TO MAKE REFUNDS DUE ME TO THE LENDING INSTITUTION IN ORDER TO REDUCE MY LOAN OBLIGATIONS.

| SIGNATURE OF APPLICANT | DATE |
|---|---|
| Roberta M. Chiascione | 6/16/82 |

**STOP - APPLICANT MUST COMPLETE INFORMATION ON P.2 BEFORE APPLICATION CAN BE PROCESSED.**

## SECTION II - TO BE COMPLETED BY THE EDUCATIONAL INSTITUTION *IMPORTANT* READ INSTRUCTIONS BEFORE COMPLETING

| 12. NAME OF EDUCATIONAL INSTITUTION George Washington University School of Medicine and Health Sciences | 13. ENTITY NUMBER 1-530196584-A1 | 14. SCHOOL CODE 024517 |
|---|---|---|
| ADDRESS 2300 Eye St., NW | 15. ACADEMIC YEAR MONTH/DAY/YEAR (1) FROM 8 1 82 (2) TO 7 31 83 | 16. PERIOD OF LOAN MONTH/DAY/YEAR (1) FROM 8 1 82 (2) TO 5 31 83 |
| CITY STATE ZIP CODE Washington, D.C. 20037 | | |

| AREA CODE/TELEPHONE NUMBER 202/676-2960 | 17. STUDENT I.D. NUMBER 487176 | 18. ANTICIPATED DATE OF GRADUATION 5/85 |
|---|---|---|

| 19. I HEREBY CERTIFY THAT THE ABOVE STUDENT IS ACCEPTED FOR THE ENROLLMENT OR IS ENROLLED IN GOOD STANDING AS A FULL-TIME STUDENT. IF A SCHOOL OF MEDICINE, OSTEOPATHY OR DENTISTRY, I ALSO CERTIFY THAT THIS APPLICATION DOES NOT CAUSE THE NUMBER OF STUDENTS AUTHORIZED TO RECEIVE LOANS TO EXCEED 50% OF THE TOTAL ENROLLMENT OF THE STUDENT'S CLASS. IF A SCHOOL OF PHARMACY, I ALSO CERTIFY THAT THE STUDENT HAS COMPLETED THREE YEARS OF TRAINING. | 20. ESTIMATED COSTS OF EDUCATION FOR LOAN PERIOD | 21. FINANCIAL AID AWARDED FOR LOAN PERIOD |
|---|---|---|
| | TUITION AND FEES $ 16,870 | EDUCATIONAL LOANS $ 9800 |
| | OTHER $ 10,110 | SCHOLARSHIPS AND GRANTS $ 0 |
| | | OTHER $ 0 |
| | TOTAL $ 26,980 | TOTAL $ 9800 |
| | 22. NET COST OF EDUCATION (Item 20 less Item 21) $ 17,180 | |

| SIGNATURE OF AUTHORIZING OFFICIAL Melissa Fouchard | NAME AND TITLE Melissa Fouchard Assistant to the Director of Financial Aid | DATE 7/1/82 |
|---|---|---|

## SECTION III - TO BE COMPLETED BY THE LENDING INSTITUTION *IMPORTANT* READ INSTRUCTIONS BEFORE COMPLETING

| 23. NAME OF LENDING INSTITUTION First American Bank, N.A. 740 15th Street, N.W. Washington, D.C. 20005 | 24. ENTITY NUMBER 53-014-1875 | 25. LENDER CODE 826145 |
|---|---|---|
| ADDRESS | | |
| CITY STATE ZIP CODE | 26. AREA CODE/TELEPHONE NUMBER 703-385-4777 | 27. AMOUNT LENDER APPROVES $ 10,000 |

**STOP - REVIEW TOTAL APPLICATION BEFORE PROCESSING**

| 28. SIGNATURE OF AUTHORIZED LENDING OFFICIAL W.M. Malmstrom | PRINT OR TYPE NAME AND TITLE Wm. Malmstrom Sr. Acc't. Rep. | DATE 8/20/82 |
|---|---|---|

OE FORM 621-2, 6/78 (FM Control No. 49)     - 1 -     COPY 1 - LENDER

## APPLICANT'S BACKGROUND INFORMATION
### *(This portion must be completed before processing)*

**29. INDICATE NAMES OF PARENTS** *(or guardians)* **OR, IF DECEASED, NEAREST LIVING RELATIVE OTHER THAN SPOUSE OR SPOUSE'S PARENTS**

| NAMES | ADDRESS *(Include number, street, city, State and ZIP code)* | TELEPHONE NO. *(Include area code)* |
|---|---|---|
| ███████████ | ███████████ | ███████████ |

**30. INDICATE NAME OF NEAREST LIVING ADULT RELATIVE OTHER THAN PERSONS LISTED ABOVE. IF THIS IS NOT POSSIBLE, INDICATE THE NAME OF ANOTHER EMPLOYED ADULT WHO KNOWS YOU.**

| NAMES | ADDRESS *(Include number, street, city, State and ZIP code)* | TELEPHONE NO *(Include area code)* |
|---|---|---|
| ███████████ | ███████████ | ███████████ |

**31. LIST ALL INDEBTEDNESS OF $100 OR MORE**

| ALL HEAL STUDENT LOANS NAME OF LENDER | SCHOOL PERIOD BEGINNING | ENDING | DATE OF LOAN | UNPAID BALANCE |
|---|---|---|---|---|
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

| OTHER DEBTS AND OTHER EDUCATIONAL LOANS NAME OF LENDER | | | DATE OF LOAN | UNPAID BALANCE |
|---|---|---|---|---|
| GSL- Chemical Bank | | | 9/1/79 | $ 5,000 |
| GSL- Chemical Bank | | | 5/4/81 | $ 7,500 |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |
| | | | | $ |

**ADDITIONAL INFORMATION** *(If necessary)*

- 2 -

# REPAYMENT OBLIGATION (VARIABLE RATE)

FILE COPY

## LOAN SERVICING CENTER

LOAN SERVICING CENTER
P.O. BOX 1000   SPRINGFIELD, VIRGINIA 22118  (703) 971-6411

02/01/89

CHIASCIONE ROBERTA M
P.O. BOX 557
YONKERS, NY 10703

This is the schedule for the repayment of your variable-rate Health Education Assistance student loan(s) owned by the
STUDENT LOAN MARKETING ASSOCIATION (the "Lender") and a disclosure of finance charges related to these loan(s)

| LOANS TO WHICH THIS REPAYMENT OBLIGATION IS APPLICABLE | | | | | |
|---|---|---|---|---|---|
| LOAN DATE | ORIGINAL LOAN AMOUNT | LOAN DATE | ORIGINAL LOAN AMOUNT | LOAN DATE | ORIGINAL LOAN AMOUNT |
| 09/13/82 | 10,000.00 | 09/12/83 | 10,000.00 | 02/08/84 | 10,000.00 |
| 10/12/84 | 10,000.00 | 02/22/85 | 7,500.00 | | |

Installments of principal may be deferred if you qualify for one of the deferment conditions listed on the statements of Rights and Responsibilities printed on the reverse side of this form. You must provide proper documentation to the Lender to support any deferment status.

Since the loan(s) bear(s) simple interest, early payments of installments will result in faster amortization of the loan principal and thus reduced interest charges over the term of the repayment period. Installments are credited to accrued interest and outstanding principal, in that order, as of the day installments are received. An overpayment of less than $5.00 calculated after receipt of the final installment may not be refunded.

| ANNUAL PERCENTAGE RATE The cost of the credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount that will be paid after all payments have been as scheduled |
|---|---|---|---|
| 11.500% | $152,244.96 | $82,665.54 | $234,910.50 |

| NO. OF PAYMENTS | AMOUNT OF PAYMENTS | DUE MONTHLY BEGINNING | NO. OF PAYMENTS | AMOUNT OF PAYMENTS | DUE MONTHLY BEGINNING | NO. OF PAYMENTS | AMOUNT OF PAYMENTS | DUE MONTHLY BEGINNING |
|---|---|---|---|---|---|---|---|---|
| 274 | $854.23 | 04/23/89 | 1 | $656.48 | 02/23/12 | | | |

Variable Rate: The ANNUAL PERCENTAGE RATE may increase (or decrease) during the term of this transaction if the index to the average of the bond equivalent rates reported for ninety-one day U.S. Treasury Bills auctioned during the preceding quarter increases (or decreases) as determined by the interest calculation formula set forth in your Promissory Note(s). The rate will not change more than once every calendar quarter. Any increase in the rate will, at the option of the Lender, take the form of higher regular payments, more payments of the same amount, or a larger amount due at maturity. For example, should the lender exercise the option to raise the regular payments, if your loan was for $10,000 at 10% for 20 years and the rate increased to 11% in a quarter, your regular monthly payments would increase by $6.72 during the following quarter.
PREPAYMENT: If you pay off all or part of this obligation early, you will not have to pay a penalty.
LATE CHARGE: If a payment is late, you may be charged 5% of the payment.
NOTE: Please see your Promissory Note(s) for additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment penalties.

The ANNUAL PERCENTAGE RATE (APR) is a variable rate, subject to increase or decrease. The rate will increase (or decrease) if the average of the bond equivalent rates for ninety-one day U.S. Treasury Bills increases (or decreases). The amount disclosed above is the APR in effect at the time this repayment obligation was prepared. The FINANCE CHARGE and the Total of Payments disclosed are based on the APR as disclosed above.

All payments for the repayment period are due on the same day of the month as the initial payment. If a payment is not made as scheduled (e.g. if you are late in making a payment or if you are entitled to a deferment), or if under applicable law payments should have commenced on a date other than as listed in the repayment schedule, the Lender will adjust the repayment schedule and, if permitted by law, may capitalize unpaid accrued interest.

Your obligation to repay is subject to the terms and conditions of the Promissory Note(s) you executed and will be interpreted in light of the provisions of the Public Health Services Act (42 U.S.C. 294-2941) and Federal Regulations issued thereunder (45 C.F.R. Part 126).

WARNING: Any person who knowingly makes a false statement or misrepresentation in a HEAL transaction, bribes or attempts to bribe a Federal official, fraudulently obtains a HEAL loan or commits any other illegal action in connection with a HEAL loan is subject to a fine or imprisonment under Federal statute.

I RECEIVED A COPY OF THE REPAYMENT OBLIGATION

SIGNATURE OF BORROWER       DATE

PERMANENT ADDRESS       CITY   STATE   ZIP

| ITEMIZATION OF AMOUNT FINANCED | |
|---|---|
| A OUTSTANDING PRINCIPAL | $77,766.42 |
| B | $4,899.12 |
| C NOT TO BE CAPITALIZED | |
| TOTAL (A&B&C) | $82,665.54 |



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Program Support Center

Debt Collection Center

### CERTIFICATE OF INDEBTEDNESS
*Health Education Assistance Loan*

**Roberta M. Chiascione**
**55 Hughes Terrace**
**Yonkers, NY 10701**

**Total debt due United States as of February 05, 2019: $145,972.96 (principal $142,311.84; interest $3,661.12).**

I certify that the Department of Health and Human Services' (HHS) records show that the named individual is indebted to the United States in the amount stated above. Interest is computed at a variable rate and adjusted quarterly. Interest is currently accruing at the rate of 5.5% per annum; and $21.44 per day. Due to the compounding of interest, the current principal amount is greater than the original amount borrowed.

The claim arose in connection with Health Education Assistance Loan(s) made by a private lender and assigned to the United States.

Ms. Chiascione applied for and was granted the following Health Education Assistance Loans (HEAL), Section 701-720 of the Public Health Service Act (42 U.S.C. 292).

| Date of Promissory Note | Amount of Promissory Note | Amount Disbursed | Date Disbursed |
|---|---|---|---|
| 08/12/82 | $10,000.00 | $10,000.00 | 09/13/82 |
| 08/05/83 | $10,000.00 | $10,000.00 | 09/12/83 |
| 01/12/84 | $10,000.00 | $10.000.00 | 02/08/84 |
| 08/12/84 | $10,000.00 | $10,000.00 | 10/12/84 |
| 01/30/85 | $7,500.00 | $7,500.00 | 02/22/85 |

Ms. Chiascione signed promissory notes agreeing to repay the loans beginning the first day of the tenth month after ceasing to be a full-time student or completing a residency program. Between June 9, 1989, and December 23, 2005, she made payments to the lender totaling $ 133,233.29.

## PAGE 2 - CERTIFICATE OF INDEBTEDNESS – ROBERTA M. CHIASCIONE

Due to her failure to continue making payments she was placed in default and an insurance claim was filed with the United States. The amount due was $101,635.00. The lender's claim was paid by the United States on August 07, 2008, and an assignment of the notes was received.

HHS notified Ms. Chiascione by letter dated August 26, 2008, that the previous holder of the HEAL promissory notes placed her in default and assigned the notes to the U.S. Government.

In a letter dated October 31, 2008, she was advised that her account had been referred to a private collection agency. She was notified that the account would be referred to DOJ for enforced collection unless HHS received payment in full or a repayment agreement (RA) was concluded.

By letter dated December 04, 2008, she was advised that her account was delinquent. She was notified of HHS' intent to refer her debt to other Federal agencies for the purpose of administrative offset, which may include Federal tax refund offset, salary offset, wage garnishment, and other Federal or State Agencies payments. She was advised that paying the debt in full or entering into an RA would terminate administrative offset.

Additional notifications and demand letters regarding the indebtedness were sent on the following dates: February 23, 2010 and February 24, 2010.

In a letter dated February 09, 2016, Ms. Chiascione was sent instructions for entering into a RA. She was notified that unless payment in full or a fully documented RA was received within 30 days, the case would be referred to DOJ for enforced collection. She did not comply.

To date, she has not made any payments to the United States.

Repeated attempts by HHS have been unsuccessful in establishing an acceptable repayment agreement.

**CERTIFICATION:** *Pursuant to 28 U.S.C. 1746, I certify under penalty of perjury that the foregoing is true and correct.*

4/25/2019
Date

Melodie R. Sanders
Chief, Debt Referral Section
Program Support Center
U.S. Department of Health and Human Services