UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

ROBERTA M. CHIASCIONE,

        Defendant.

**DEFAULT JUDGMENT**

19 Civ. 3797 (KMK)

    This action having been commenced on April 29, 2019, by the filing of a complaint and issuance of a summons; Defendant Roberta M. Chiascione ("Defendant") having been served on July 13, 2019, with a copy of the summons and complaint by affixing a true copy of each to the door of Defendant's place of dwelling or abode, and on July 15, 2019, by mailing a true copy of each to Defendant's dwelling or place of abode, in accordance with Fed. R. Civ. P. 4(e)(1) and NY CPLR § 308(4); the time for Defendant to answer or make any motion with respect to the complaint having expired; the Clerk of this Court having duly entered a certification of default; and sufficient proof having been adduced that Defendant is not in the military of the United States or an infant or incompetent person,

    NOW, upon the application of Geoffrey S. Berman, United States Attorney for the Southern District of New York, attorney for the Plaintiff United States of America, it is hereby

    ORDERED AND ADJUDGED that Plaintiff shall have judgment against Defendant Roberta M. Chiascione, in the total amount of $152,597.14, representing $152,214.89 in debt due and owing to Plaintiff as of November 5, 2019, on the student loans referenced in the complaint (including a principal amount of $149,060.13 and interest of $3,154.76), with interest thereafter from the date of judgment as provided by law, and $382.25 in fees for service of the summons

and complaint.

ORDERED AND ADJUDGED that the Clerk of this Court is directed to enter judgment forthwith and to close the case.

Dated: White Plains, New York
January 15, 2020

HON. KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE

Judgment entered this _____
Day of _____, 20____

Clerk of Court

2